1   SANDRA R. BROWN
    Acting United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    KAREN E. ESCALANTE (Cal. Bar No. 304686)
4   Assistant United States Attorney
    Major Frauds Section
5        1100 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-3358
7        Facsimile: (213) 894-6269
         E-mail:    karen.escalante@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,          CR No. 17-00520-DSF

13            Plaintiff,               ORDER CONTINUING TRIAL DATE AND
                                       FINDINGS REGARDING EXCLUDABLE TIME
14               v.                    PERIODS PURSUANT TO SPEEDY TRIAL
                                       ACT
15   BERNHARD EUGEN FRITSCH,
                                       **TRIAL DATE:**
16            Defendant.                 07/17/2018 at 8:30 a.m.

17                                     **PRE-TRIAL CONFERENCE & MOTIONS
                                       HEARING DATE:**
18                                       07/02/2018 at 8:30 a.m.

19

20        The Court has read and considered the Stipulation Regarding

21   Request for (1) Continuance of Trial Date and (2) Findings of

22   Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23   parties in this matter on November 14, 2017.  The Court hereby finds

24   that the Stipulation, which this Court incorporates by reference into

25   this Order, demonstrates facts that support a continuance of the

26   trial date in this matter, and provides good cause for a finding of

27   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28        The Court further finds that: (i) the ends of justice served by

1  the continuance outweigh the best interest of the public and

2  defendant in a speedy trial; (ii) failure to grant the continuance

3  would be likely to make a continuation of the proceeding impossible,

4  or result in a miscarriage of justice; and (iii) failure to grant the

5  continuance would unreasonably deny defendant continuity of counsel

6  and would deny defense counsel the reasonable time necessary for

7  effective preparation, taking into account the exercise of due

8  diligence.

9        THEREFORE, FOR GOOD CAUSE SHOWN:

10       1.   The trial in this matter is continued from November 28,

11  2017 to July 17, 2018.  The pre-trial conference hearing is continued

12  to July 2, 2018.  The briefing schedule for any motions (except

13  motions in limine) shall be as follows: motions to be filed no later

14  than June 4, 2018, oppositions to be filed no later than June 18,

15  2018, and replies (if any) to be filed no later than June 25, 2018.

16       2.   The time period of November 28, 2017, to July 17, 2018,

17  inclusive, is excluded in computing the time within which the trial

18  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

19  and (B)(iv).

20  ///

21  ///

22

23

24

25

26

27

28

1        3.    Nothing in this Order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time

3    periods are excluded from the period within which trial must

4    commence.  Moreover, the same provisions and/or other provisions of

5    the Speedy Trial Act may in the future authorize the exclusion of

6    additional time periods from the period within which trial must

7    commence.

8        IT IS SO ORDERED.

9

   11/15/17

10   _____     _____

   DATE                            HONORABLE DALE S. FISCHER

11                                   UNITED STATES DISTRICT JUDGE

12

13

14   Presented by:

15       /s/
  _____
  KAREN E. ESCALANTE

16     Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28