Beacon Default Management, Inc.
30101 Agoura Court, Suite 203
Agoura Hills, California 91301
Phone: (310) 929-5457

## NOTICE OF POSTPONEMENT OF TRUSTEE'S SALE

October 17, 2022

BERNHARD FRITSCH
3229 Rambla Pacifico
Malibu, California

2:17CR520-DSF



| RE: | T.S. Number: | 2021-100560 |
|---|---|---|
| | Loan Number: | 142447713 |
| | Trustor Name: | BERNHARD FRITSCH |
| | Property Address: | 3229 Rambla Pacifico |
| | | Malibu, California |

Please be advised that the Trustee's Sale scheduled for **October 18, 2022,** at 10:30 AM, Behind the fountain located in Civic Center Plaza located at 400 Civic Center Plaza, Pomona, CA 91766 County of Los Angeles, State of California, is hereby continued **to November 1, 2022,** at 10:30 AM

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED. TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.** You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling (844) 477-7869 or through the following website: www.stoxposting.com and by accepting the terms and conditions for that resource. You should personally attend the sale to verify current status.

Notice of Postponement of the Trustee's Sale was read at the place and time scheduled for the previously scheduled Trustee's Sale.

Sincerely,

*P. Paulsen*
Beacon Default Management, Inc.


**UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER**

This office is enforcing a security interest of your creditor. To the extent that your obligation has been discharged by a bankruptcy court or is subject to an automatic stay of bankruptcy, this notice is for informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



71 96900 2484 0723 2508 1

**Mailed On:** 10/17/2022       **Order Number:** 0001564-01
**ClientID:** Beacon_D000275 ER       **Reference Number:** 2021-100560

Clerk, U.S. District Court, Central District of California
312 No. Spring Street, Rm. G-8
Los Angeles, CA 90012

GenericAddressInsert.doc       Rev. 12/19/2018