E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
JULIA HU (Cal. Bar No. 338226)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931/3802
     Facsimile: (213) 894-6269
     E-mail: monica.tait@usdoj.gov
             Julia.hu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00520-DSF |
|---|---|
| Plaintiff, | [proposed] ORDER ADJUSTING BRIEFING SCHEDULE ON PRETRIAL MOTIONS FOR GOOD CAUSE SHOWN |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | |

The Court having reviewed the stipulation and request of the parties for entry of this order, and finding good cause,

IT IS HEREBY ORDERED that the briefing schedule for motions set forth in docket no. 220 is hereby adjusted as follows:  Motions are to be filed no later than January 30, 2023; oppositions shall be

///

filed no later than February 6, 2023; replies (if any) shall be filed no later than February 13, 2023.

    IT IS SO ORDERED.

_____      _____
DATE      HONORABLE DALE S. FISCHER
     UNITED STATES DISTRICT JUDGE

Presented by:

    /s/Monica E. Tait
MONICA E. TAIT
Assistant United States Attorney