James S. Threatt (SBN 325317)
E-Mail: Jimmy_Threatt@fd.org
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 17-CR-00520-DSF |
| v. | |
| BERNHARD EUGEN FRITSCH | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged: **(List Documents)**

In Camera Documents

**Reason:**

[ ] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

12/27/2024
Date

/s/ James S. Threatt
Attorney Name
Bernhard Eugen Fritsch
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING