UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>        Defendant. | No. CR 17-00520-DSF<br><br>ORDER GRANTING MOTION TO DISMISS COUNTS THREE, FOUR, AND FIVE OF THE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

The Court has read and considered the government's Motion to Dismiss Counts Three, Four, and Five of the Indictment.

//

//

THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED that counts three, four, and five of the indictment against defendant BERNHARD EUGEN FRITSCH are dismissed without prejudice.

IT IS SO ORDERED.

January 2, 2025
DATE

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE