# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>Bernhard Eugen Fritsch,<br>　　Defendant. | CR 17-520 DSF<br><br>Order GRANTING the Government's Unopposed Motion *in Limine* No. 1 (Dkt. 317) |

    Defendant Bernhard Eugen Fritsch is charged with two counts of wire fraud in violation of 18 U.S.C. § 1343. Dkt. 19. Before the Court is the government's motion *in limine* No. 1, which requests a pretrial ruling that Federal Bureau of Investigation Forensic Accountant Connie DeLosSantos may testify regarding her summary charts as a lay witness. Dkt. 317 (Mot.) at 1-2, 8. Fritsch does not oppose. Dkt. 332.

    The motion is granted.

    IT IS SO ORDERED.

Date: January 3, 2025

                                          *Dale S. Fischer*
                                     Honorable Dale S. Fischer
                                     United States District Judge