# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*AUSA Monica E. Tait*  
*Phone: (213) 894-2931*  
*E-mail: monica.tait@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**VIA E-MAIL**

January 3, 2025

Jimmy Threatt, DFPD  
Rebecca Abel, DFPD  
Jonathan Aminoff, DFPD  
Office of the Federal Public Defender  
321 E. 2nd St.  
Los Angeles, CA 90012

Re: United States v. Bernhard Fritsch,  
No. CR 17-00520-DSF

USAfx production of FRITSCH_00049929 to FRITSCH_00050765

Dear Counsel:

Pursuant to your request for discovery and the Protective Order in this case, the government is producing to you, via the USAfx download link emailed to you, discovery items marked Bates Nos. FRITSCH_00049929 to FRITSCH_00050765, and further described as follows:

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00049929 | FRITSCH_00049941 | 17-FBI-005586 Photos of Rolls Royce from forfeiture |
| FRITSCH_00049942 | FRITSCH_00049955 | 17-FBI-005587 Photos of McLaren from forfeiture |
| FRITSCH_00049956 | FRITSCH_00049971 | 17-FBI-005588 Photos of Mercedes from forfeiture |
| FRITSCH_00049972 | FRITSCH_00049972 | Electronic Communication re Update Letter from George Mederos (already produced by email on 12/29/2024) |
| FRITSCH_00049973 | FRITSCH_00049973 | Draft Summary Chart: Bank Statement Log_CS.xlsm 12/26/2024 |
| FRITSCH_00049974 | FRITSCH_00049974 | Draft Summary Chart:: GMI_CreditCards.xlsx 12/26/2024 |
| FRITSCH_00049975 | FRITSCH_00049976 | Draft Summary Chart: Starclub_McLaren.pdf |

RE: United States v. Fritsch
January 3, 2025
Page 2

| BATES BEGIN | BATES END | DESCRIPTION |
| --- | --- | --- |
| FRITSCH_00049977 | FRITSCH_00049978 | Draft Summary Chart:: Starclub_McLaren.vsdx 12/26/2024 |
| FRITSCH_00049979 | FRITSCH_00049980 | Draft Summary Chart:Starclub_Rolls Royce.vsdx 12/26/2024 |
| FRITSCH_00049981 | FRITSCH_00049981 | Draft Summary Chart:Tracing_All Counts.xlsx 12/26/2024 |
| FRITSCH_00049982 | FRITSCH_00049982 | Draft Summary Chart: Der Hut CH 6241 trans details.xlsx 12/26/2024 |
| FRITSCH_00049983 | FRITSCH_00049983 | Draft Summary Chart: Flammang Pmts_CC Charges.xlsx 12/26/2024 |
| FRITSCH_00049984 | FRITSCH_00049984 | Draft Summary Chart: GMI CH 4865 trans details.xlsx 12/26/2024 |
| FRITSCH_00049985 | FRITSCH_00049985 | Draft Summary Chart: GMI_Fund Sources and Uses.xlsx 12/26/2024 |
| FRITSCH_00049986 | FRITSCH_00049986 | Draft Summary Chart: Kesterson_Pymts_CC Charges.xlsx 12/26/2024 |
| FRITSCH_00049987 | FRITSCH_00049987 | Draft Summary Chart: LBG CH 4865 trans details.xlsx 12/26/2024 |
| FRITSCH_00049988 | FRITSCH_00049988 | Draft Summary Chart: Mederos Pmts_CC Charges.xlsx 12/26/2024 |
| FRITSCH_00049989 | FRITSCH_00049989 | Draft Summary Chart: Rambla Pacifico Accounts trans details.xlsx 12/26/2024 |
| FRITSCH_00049990 | FRITSCH_00049990 | Draft Summary Chart: SCI Accounts trans details.xlsm 12/26/2024 |
| FRITSCH_00049991 | FRITSCH_00049991 | Draft Summary Chart: SCI Accounts trans details.xlsx 12/26/2024 |
| FRITSCH_00049992 | FRITSCH_00049992 | Draft Summary Chart: SCI All Accounts no Interco TX.xlsx 12/26/2024 |
| FRITSCH_00049993 | FRITSCH_00049993 | Draft Summary Chart: SCI_Fund Sources_Uses.xlsx 12/26/2024 |
| FRITSCH_00049994 | FRITSCH_00049994 | Draft Summary Chart: SCL Amex 61000-62008-63006.xlsx 12/26/2024 |
| FRITSCH_00049995 | FRITSCH_00049995 | Draft Summary Chart: Stalvey Pmts_CC Charges.xlsx 12/26/2024 |
| FRITSCH_00049996 | FRITSCH_00049996 | Draft Summary Chart: USMT Inc Com 9358 trans details.xlsx 12/26/2024 |
| FRITSCH_00049997 | FRITSCH_00049997 | Draft Summary Chart: USMT LLC CH 3199 trans details.xlsx 12/26/2024 |
| FRITSCH_00049998 | FRITSCH_00049998 | Draft Summary Chart: USMT_Fund Sources_Uses_Charts.xlsx 12/26/2024 |
| FRITSCH_00049999 | FRITSCH_00049999 | Draft Summary Chart: Der Hut CH 6241 trans details.xlsx 12/27/2024 |

RE: United States v. Fritsch
January 3, 2025
Page 3

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050000 | FRITSCH_00050000 | Draft Summary Chart: Flammang Pmts_CC Charges.xlsx 12/27/2024 |
| FRITSCH_00050001 | FRITSCH_00050001 | Draft Summary Chart: GMI_CreditCards.xlsx 12/27/2024 |
| FRITSCH_00050002 | FRITSCH_00050002 | Draft Summary Chart: Kesterson_Pymts_CC Charges.xlsx 12/27/2024 |
| FRITSCH_00050003 | FRITSCH_00050003 | Draft Summary Chart: LBG CH 4865 trans details.xlsx 12/27/2024 |
| FRITSCH_00050004 | FRITSCH_00050004 | Draft Summary Chart: Mederos Pmts_CC Charges.xlsx 12/27/2024 |
| FRITSCH_00050005 | FRITSCH_00050005 | Draft Summary Chart: Rambla Pacifico Accounts trans details.xlsx 12/27/2024 |
| FRITSCH_00050006 | FRITSCH_00050006 | Draft Summary Chart: Stalvey Pmts_CC Charges.xlsx 12/27/2024 |
| FRITSCH_00050007 | FRITSCH_00050007 | Draft Summary Chart: USMT Inc Com 9358 trans details.xlsx 12/27/2024 |
| FRITSCH_00050008 | FRITSCH_00050008 | Draft Summary Chart: USMT LLC CH 3199 trans details.xlsx 12/27/2024 |
| FRITSCH_00050009 | FRITSCH_00050009 | 20241210, Information from Danny Guy re US Friend of Ian Mann.msg |
| FRITSCH_00050010 | FRITSCH_00050010 | 20241210.2. Information from Danny Guy re US Friend of Ian Mann.msg |
| FRITSCH_00050011 | FRITSCH_00050011 | 2024.12.06 Email from Danny Guy to AUSA Monica Tait re: Fwd: Harrington Global INC1458161 |
| FRITSCH_00050012 | FRITSCH_00050013 | Attachment to 2024.12.06 Email INTRO_to_STARCLUB_-_October_2015.pdf |
| FRITSCH_00050014 | FRITSCH_00050015 | Attachment to 2024.12.06 Email StarClub-_One_Pager.pdf |
| FRITSCH_00050016 | FRITSCH_00050017 | Attachment to 2024.12.06 Email StarClub-_One_Pager1.pdf |
| FRITSCH_00050018 | FRITSCH_00050019 | Attachment to 2024.12.06 Email StarClub-_One_Pager2.pdf |
| FRITSCH_00050020 | FRITSCH_00050021 | Attachment to 2024.12.06 Email StarClub-_One_Pager5.pdf |
| FRITSCH_00050022 | FRITSCH_00050022 | 2024.12.06 From Danny Guy to AUSA Monica Tait re: Fwd: Harrington Global INC 1458161 |
| FRITSCH_00050023 | FRITSCH_00050024 | Attachment to 2024.12.06 Email INTRO_to_STARCLUB_-_October_2015.pdf |

RE: United States v. Fritsch
January 3, 2025
Page 4

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050025 | FRITSCH_00050026 | Attachment to 2024.12.06 Email StarClub-_One_Pager.pdf |
| FRITSCH_00050027 | FRITSCH_00050028 | Attachment to 2024.12.06 Email StarClub-_One_Pager1.pdf |
| FRITSCH_00050029 | FRITSCH_00050030 | Attachment to 2024.12.06 Email StarClub-_One_Pager2.pdf |
| FRITSCH_00050031 | FRITSCH_00050032 | Attachment to 2024.12.06 Email StarClub-_One_Pager5.pdf |
| FRITSCH_00050033 | FRITSCH_00050033 | Email from Danny Guy, 20241206_EXTERNAL_ Fwd_ Harrington Global INC1458161 |
| FRITSCH_00050034 | FRITSCH_00050034 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached.pdf |
| FRITSCH_00050035 | FRITSCH_00050035 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached1.pdf |
| FRITSCH_00050036 | FRITSCH_00050036 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached2.pdf |
| FRITSCH_00050037 | FRITSCH_00050037 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached3.pdf |
| FRITSCH_00050038 | FRITSCH_00050038 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached4.pdf |
| FRITSCH_00050039 | FRITSCH_00050040 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached5.pdf |
| FRITSCH_00050041 | FRITSCH_00050042 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached6.pdf |
| FRITSCH_00050043 | FRITSCH_00050044 | Attachment to _EXTERNAL_ Fwd_ Harrington: Confidential_attached7.pdf |
| FRITSCH_00050045 | FRITSCH_00050062 | Attachment to _EXTERNAL_ Fwd_ Harrington: Spotify-4-25-16-450PM_.pdf |
| FRITSCH_00050063 | FRITSCH_00050068 | Attachment to _EXTERNAL_ Fwd_ Harrington: Spotify-StarClub_Eco_System.pdf |
| FRITSCH_00050069 | FRITSCH_00050074 | Attachment to _EXTERNAL_ Fwd_ Harrington: Spotify-StarClub_Eco_System1.pdf |
| FRITSCH_00050075 | FRITSCH_00050079 | Attachment to _EXTERNAL_ Fwd_ Harrington: StarClub-Spotify_2-26-16(1).pdf |
| FRITSCH_00050080 | FRITSCH_00050084 | Attachment to _EXTERNAL_ Fwd_ Harrington: StarClub-Spotify_2-26-16.pdf |
| FRITSCH_00050085 | FRITSCH_00050085 | 2024.12.06 Email from to Chris Frost re: From Danny Guy Today |
| FRITSCH_00050086 | FRITSCH_00050086 | 2024.12.06 Email chain with Danny Guy re: [External] |

RE: United States v. Fritsch
January 3, 2025
Page 5

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050087 | FRITSCH_00050087 | 2024.12.13 Email chain with Danny Guy re: [External] |
| FRITSCH_00050088 | FRITSCH_00050088 | 2024.11.25 Email from Danny Guy re: _EXTERNAL_ .msg |
| FRITSCH_00050089 | FRITSCH_00050091 | 2024.10.30 Email chain from Derrick Snowdy to Danny Guy re: _EXTERNAL_ Fwd_ Fritsch File Follow Up.msg |
| FRITSCH_00050092 | FRITSCH_00050092 | 2024.12.06 email from Guy re:_EXTERNAL_ Fwd_ Harrington Global INC1458161.msg |
| FRITSCH_00050093 | FRITSCH_00050094 | Attachment to 2024.12.06 email from Guy re:_EXTERNAL_ INTRO_to_STARCLUB_-_October_2015.pdf |
| FRITSCH_00050095 | FRITSCH_00050096 | Attachment to 2024.12.06 email from Guy re:_EXTERNAL_ StarClub-_One_Pager.pdf |
| FRITSCH_00050097 | FRITSCH_00050098 | Attachment to 2024.12.06 email from Guy re:_EXTERNAL_ StarClub-_One_Pager1.pdf |
| FRITSCH_00050099 | FRITSCH_00050100 | Attachment to 2024.12.06 email from Guy re:_EXTERNAL_ StarClub-_One_Pager2.pdf |
| FRITSCH_00050101 | FRITSCH_00050102 | Attachment to 2024.12.06 email from Guy re:_EXTERNAL_ StarClub-_One_Pager5.pdf |
| FRITSCH_00050103 | FRITSCH_00050104 | 2020.11.21 Email chain with Danny Guy re:_EXTERNAL_ Re_ Urgent- request for assistance re Ian Mann.msg |
| FRITSCH_00050105 | FRITSCH_00050105 | 302 Interview of Benjamin McAllister 12.16.2024 |
| FRITSCH_00050106 | FRITSCH_00050106 | Interview of Benjamin McAllister 12.16.2024 notes |
| FRITSCH_00050107 | FRITSCH_00050109 | 302 Interview of Matt Edelman 11.26.2024 |
| FRITSCH_00050110 | FRITSCH_00050110 | Interview of Matt Edelman 11.26.2024 notes |
| FRITSCH_00050111 | FRITSCH_00050111 | Edelman Ex 1 - TAB 1_FRITSCH_00020397.pdf |
| FRITSCH_00050112 | FRITSCH_00050112 | Edelman Ex 2 - TAB 2_FRITSCH_00040363.pdf |
| FRITSCH_00050113 | FRITSCH_00050113 | Edelman Ex 3 - TAB 3_FRITSCH_00040655.pdf |
| FRITSCH_00050114 | FRITSCH_00050124 | 302 Interview of James "Jim" Polsen 11.27.2024 |
| FRITSCH_00050125 | FRITSCH_00050133 | Interview of James "Jim" Polsen 11.27.2024 notes |
| FRITSCH_00050134 | FRITSCH_00050135 | Polsen 1B17-GMI-000020 Lease agreement.pdf |

RE: United States v. Fritsch
January 3, 2025
Page 6

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050136 | FRITSCH_00050145 | Polsen 1B17-GMI-000024.pdf |
| FRITSCH_00050146 | FRITSCH_00050148 | Polsen PP_FRITSCH_000344.pdf |
| FRITSCH_00050149 | FRITSCH_00050157 | Polsen TAB 1 - 1B19-LEASE AGREEMENT-000003 (1).pdf |
| FRITSCH_00050158 | FRITSCH_00050171 | Polsen TAB 2 - 2011.01.01_Management Agreement_1B19-JAMES POISEN 02-000002.pdf |
| FRITSCH_00050172 | FRITSCH_00050175 | Polsen TAB 10 - 2016.06.11_Email from JP to DG with Financials_060 Exh FRITSCH_00019362.pdf |
| FRITSCH_00050176 | FRITSCH_00050178 | Polsen TAB 13 - 2016.12.29_Email from BF to JP_produced as part of FRITSCH_00028997.pdf |
| FRITSCH_00050179 | FRITSCH_00050181 | Polsen TAB 24 - 2017.07.31_Email from BF re changing revenue_PP_FRITSCH_000204.pdf |
| FRITSCH_00050182 | FRITSCH_00050182 | Polsen TAB 54 - Undated_Use of Proceeds Doc_Fritsch_00012770.doc |
| FRITSCH_00050183 | FRITSCH_00050185 | 302 Interview of Sean O'Malley 12.23.2024 |
| FRITSCH_00050186 | FRITSCH_00050188 | Interview of Sean O'Malley 12.23.2024 notes |
| FRITSCH_00050189 | FRITSCH_00050204 | FRBNY Cover letter and records |
| FRITSCH_00050205 | FRITSCH_00050207 | 302 Interview of Courtney Holt 12.16.2024 |
| FRITSCH_00050208 | FRITSCH_00050209 | Interview of Courtney Holt 12.16.2024 notes |
| FRITSCH_00050210 | FRITSCH_00050210 | Attachment Holt 2014.12.23 Email chain from Danny Guy to Fritsch - FRITSCH_00019098 |
| FRITSCH_00050211 | FRITSCH_00050224 | Interview of Kaydee Cox Kesterson on 11/13/2024 |
| FRITSCH_00050225 | FRITSCH_00050225 | Attachment Cox Kesterson FRITSCH_00029002 [0B841117-8E4B-4E53-BB8A-AE72F9F3C1A0].pdf |
| FRITSCH_00050226 | FRITSCH_00050226 | Attachment Cox Kesterson _FRITSCH_00029002 [60F16205-56F8-4197-894E-B53546E96891.medium].pdf |
| FRITSCH_00050227 | FRITSCH_00050227 | Attachment Cox Kesterson _FRITSCH_00029002 [68FD153B-9060-4094-B9E9-F8CECF8F3562.medium].pdf |
| FRITSCH_00050228 | FRITSCH_00050228 | Attachment Cox Kesterson _FRITSCH_00029002 [87E16884-FCE8-41C7-A4B7-AB9573E5A1FE].pdf |

RE: United States v. Fritsch
January 3, 2025
Page 7

| BATES BEGIN | BATES END | DESCRIPTION |
| --- | --- | --- |
| FRITSCH_00050229 | FRITSCH_00050229 | Attachment Cox Kesterson_FRITSCH_00029002 [0164B239-47AB-4E89-84D7-AC7440208859].pdf |
| FRITSCH_00050230 | FRITSCH_00050230 | Attachment Cox Kesterson_FRITSCH_00029002 [559F4E18-FB00-49AA-943D-EAFF502CF62A.medium_1].pdf |
| FRITSCH_00050231 | FRITSCH_00050231 | Attachment Cox Kesterson_FRITSCH_00029002 [780B40E1-B77D-4F18-BEC5-195CD26E6F7D.medium].pdf |
| FRITSCH_00050232 | FRITSCH_00050232 | Attachment Cox Kesterson_FRITSCH_00029002 [04869F82-3848-407D-8AEB-D8B4719612AB].pdf |
| FRITSCH_00050233 | FRITSCH_00050233 | Attachment Cox Kesterson_FRITSCH_00029002 [5005].pdf |
| FRITSCH_00050234 | FRITSCH_00050234 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_50].pdf |
| FRITSCH_00050235 | FRITSCH_00050235 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_51].pdf |
| FRITSCH_00050236 | FRITSCH_00050236 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_52].pdf |
| FRITSCH_00050237 | FRITSCH_00050237 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_53].pdf |
| FRITSCH_00050238 | FRITSCH_00050238 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_55].pdf |
| FRITSCH_00050239 | FRITSCH_00050239 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_56].pdf |
| FRITSCH_00050240 | FRITSCH_00050240 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_57].pdf |
| FRITSCH_00050241 | FRITSCH_00050241 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_58].pdf |
| FRITSCH_00050242 | FRITSCH_00050242 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_59].pdf |
| FRITSCH_00050243 | FRITSCH_00050243 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_60].pdf |
| FRITSCH_00050244 | FRITSCH_00050244 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_61].pdf |
| FRITSCH_00050245 | FRITSCH_00050245 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_62].pdf |
| FRITSCH_00050246 | FRITSCH_00050246 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_68].pdf |
| FRITSCH_00050247 | FRITSCH_00050247 | Attachment Cox Kesterson_FRITSCH_00029002 [5005_72].pdf |

RE: United States v. Fritsch
January 3, 2025
Page 8

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050248 | FRITSCH_00050248 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_75].pdf |
| FRITSCH_00050249 | FRITSCH_00050249 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_76].pdf |
| FRITSCH_00050250 | FRITSCH_00050250 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_79].pdf |
| FRITSCH_00050251 | FRITSCH_00050251 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_105].pdf |
| FRITSCH_00050252 | FRITSCH_00050252 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_119].pdf |
| FRITSCH_00050253 | FRITSCH_00050253 | Attachment Cox Kesterson _FRITSCH_00029002 [5005_120].pdf |
| FRITSCH_00050254 | FRITSCH_00050254 | Attachment Cox Kesterson _FRITSCH_00029002 [E7A99771-019B-4A37-858B-FD07726BE2FA].pdf |
| FRITSCH_00050255 | FRITSCH_00050255 | Attachment Cox Kesterson _FRITSCH_00029002 [FullSizeRender].pdf |
| FRITSCH_00050256 | FRITSCH_00050256 | Attachment Cox Kesterson _FRITSCH_00029002 [FullSizeRender_10].pdf |
| FRITSCH_00050257 | FRITSCH_00050257 | Attachment Cox Kesterson _FRITSCH_00029002 [FullSizeRender_12].pdf |
| FRITSCH_00050258 | FRITSCH_00050258 | Attachment Cox Kesterson _FRITSCH_00029002 [FullSizeRender_19].pdf |
| FRITSCH_00050259 | FRITSCH_00050259 | Attachment Cox Kesterson _FRITSCH_00029002 [FullSizeRender_22].pdf |
| FRITSCH_00050260 | FRITSCH_00050260 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_0415.JPG].pdf |
| FRITSCH_00050261 | FRITSCH_00050261 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_3196_1].pdf |
| FRITSCH_00050262 | FRITSCH_00050262 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_3199].pdf |
| FRITSCH_00050263 | FRITSCH_00050263 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_3205].pdf |
| FRITSCH_00050264 | FRITSCH_00050264 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_4516].pdf |
| FRITSCH_00050265 | FRITSCH_00050265 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_4708].pdf |
| FRITSCH_00050266 | FRITSCH_00050266 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_6959].pdf |

| BATES BEGIN | BATES END | DESCRIPTION |
| --- | --- | --- |
| FRITSCH_00050267 | FRITSCH_00050267 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_7164].pdf |
| FRITSCH_00050268 | FRITSCH_00050268 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_7844].pdf |
| FRITSCH_00050269 | FRITSCH_00050269 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_7846].pdf |
| FRITSCH_00050270 | FRITSCH_00050270 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_7853].pdf |
| FRITSCH_00050271 | FRITSCH_00050271 | Attachment Cox Kesterson _FRITSCH_00029002 [IMG_8288].pdf |
| FRITSCH_00050272 | FRITSCH_00050272 | Attachment Cox Kesterson _FRITSCH_00029002 [SubstandardFullSizeRender_2].pdf |
| FRITSCH_00050273 | FRITSCH_00050277 | Attachment Cox Kesterson _FRITSCH_00029002 [0B841117-8E4B-4E53-BB8A-AE72F9F3C1A0].pdf |
| FRITSCH_00050278 | FRITSCH_00050291 | Attachment Cox Kesterson _FRITSCH_00029002 [60F16205-56F8-4197-894E-B53546E96891.medium].pdf |
| FRITSCH_00050292 | FRITSCH_00050293 | Attachment Cox Kesterson _FRITSCH_00029002 [68FD153B-9060-4094-B9E9-F8CECF8F3562.medium].pdf |
| FRITSCH_00050294 | FRITSCH_00050294 | Attachment Cox Kesterson _FRITSCH_00029002 [87E16884-FCE8-41C7-A4B7-AB9573E5A1FE].pdf |
| FRITSCH_00050295 | FRITSCH_00050302 | Attachment Cox Kesterson _FRITSCH_00029002 [0164B239-47AB-4E89-84D7-AC7440208859].pdf |
| FRITSCH_00050303 | FRITSCH_00050304 | Attachment Cox Kesterson _FRITSCH_00029002 [559F4E18-FB00-49AA-943D-EAFF502CF62A.medium_1].pdf |
| FRITSCH_00050305 | FRITSCH_00050306 | Attachment Cox Kesterson _FRITSCH_00029002 [780B40E1-B77D-4F18-BEC5-195CD26E6F7D.medium].pdf |
| FRITSCH_00050307 | FRITSCH_00050307 | Attachment Cox Kesterson _FRITSCH_00029002 [04869F82-3848-407D-8AEB-D8B4719612AB].pdf |
| FRITSCH_00050308 | FRITSCH_00050312 | Attachment Cox Kesterson _FRITSCH_00029002 [5005].pdf |
| FRITSCH_00050313 | FRITSCH_00050314 | Attachment Cox Kesterson FRITSCH_00029002 [5005_50].pdf |

RE: United States v. Fritsch
January 3, 2025
Page 10

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050315 | FRITSCH_00050318 | Attachment Cox Kesterson_FRITSCH_00029002 [0B841117-8E4B-4E53-BB8A-AE72F9F3C1A0].pdf |
| FRITSCH_00050319 | FRITSCH_00050320 | Attachment Cox Kesterson_FRITSCH_00029002 [60F16205-56F8-4197-894E-B53546E96891.medium].pdf |
| FRITSCH_00050321 | FRITSCH_00050321 | Attachment Cox Kesterson_FRITSCH_00029002 [68FD153B-9060-4094-B9E9-F8CECF8F3562.medium].pdf |
| FRITSCH_00050322 | FRITSCH_00050322 | Attachment Cox Kesterson_FRITSCH_00029002 [87E16884-FCE8-41C7-A4B7-AB9573E5A1FE].pdf |
| FRITSCH_00050323 | FRITSCH_00050331 | Attachment Cox Kesterson_FRITSCH_00029002 [0164B239-47AB-4E89-84D7-AC7440208859].pdf |
| FRITSCH_00050332 | FRITSCH_00050337 | 302 Interview of Danny Guy on 12/10/2024 |
| FRITSCH_00050338 | FRITSCH_00050342 | 2024-12-10 Danny Guy Notes.pdf |
| FRITSCH_00050343 | FRITSCH_00050343 | Attachment Guy FRITSCH_00017418.pdf |
| FRITSCH_00050344 | FRITSCH_00050344 | Attachment Guy FRITSCH_00017419.pdf |
| FRITSCH_00050345 | FRITSCH_00050347 | Attachment Guy FRITSCH_00017421.pdf |
| FRITSCH_00050348 | FRITSCH_00050373 | Attachment Guy FRITSCH_00017424.pdf |
| FRITSCH_00050374 | FRITSCH_00050399 | Attachment Guy FRITSCH_00017450.pdf |
| FRITSCH_00050400 | FRITSCH_00050421 | Attachment Guy FRITSCH_00017476.pdf |
| FRITSCH_00050422 | FRITSCH_00050443 | Attachment Guy FRITSCH_00017520.pdf |
| FRITSCH_00050444 | FRITSCH_00050456 | Attachment Guy FRITSCH_00017542.pdf |
| FRITSCH_00050457 | FRITSCH_00050471 | Attachment Guy FRITSCH_00017555.pdf |
| FRITSCH_00050472 | FRITSCH_00050478 | Attachment Guy FRITSCH_00017570.pdf |
| FRITSCH_00050479 | FRITSCH_00050479 | Attachment Guy FRITSCH_00017578.pdf |
| FRITSCH_00050480 | FRITSCH_00050480 | Attachment Guy 20160111.next week.FRITSCH_00019216-FRITSCH_00019216.pdf |
| FRITSCH_00050481 | FRITSCH_00050482 | Attachment Guy FRITSCH_00019220-FRITSCH_00019221.pdf |
| FRITSCH_00050483 | FRITSCH_00050483 | Attachment Guy FRITSCH_00019222.pdf |
| FRITSCH_00050484 | FRITSCH_00050484 | Attachment Guy FRITSCH_00019223.pdf |
| FRITSCH_00050485 | FRITSCH_00050486 | Attachment Guy FRITSCH_00017956-FRITSCH_00017957.pdf |
| FRITSCH_00050487 | FRITSCH_00050488 | Attachment Guy FRITSCH_00019231.pdf |
| FRITSCH_00050489 | FRITSCH_00050490 | Attachment Guy FRITSCH_00017961.pdf |

| BATES BEGIN | BATES END | DESCRIPTION |
| --- | --- | --- |
| FRITSCH_00050491 | FRITSCH_00050491 | Attachment Guy FRITSCH_00017963-FRITSCH_00017963.pdf |
| FRITSCH_00050492 | FRITSCH_00050492 | Attachment Guy FRITSCH_00017965-FRITSCH_00017965.pdf |
| FRITSCH_00050493 | FRITSCH_00050494 | Attachment Guy FRITSCH_00046497.pdf |
| FRITSCH_00050495 | FRITSCH_00050495 | Attachment Guy FRITSCH_00046499.pdf |
| FRITSCH_00050496 | FRITSCH_00050498 | Attachment Guy FRITSCH_00046500.pdf |
| FRITSCH_00050499 | FRITSCH_00050500 | Interview of Jon Glass on 12/13/2024 |
| FRITSCH_00050501 | FRITSCH_00050501 | Attachment Glass WMG 12-13-2024 Notes.pdf |
| FRITSCH_00050502 | FRITSCH_00050533 | Attachment Glass TAB 3_FRITSCH_00015692.pdf |
| FRITSCH_00050534 | FRITSCH_00050544 | Attachment Glass TAB 4_FRITSCH_00015773.pdf |
| FRITSCH_00050545 | FRITSCH_00050562 | Attachment Glass TAB 5_FRITSCH_00015520.pdf |
| FRITSCH_00050563 | FRITSCH_00050622 | Attachment Glass TAB 6_FRITSCH_00015847.pdf |
| FRITSCH_00050623 | FRITSCH_00050624 | Attachment Glass Current Investors Include Warner FRITSCH_00037379.pdf |
| FRITSCH_00050625 | FRITSCH_00050629 | Attachment Glass TAB 1_FRITSCH_00016098.pdf |
| FRITSCH_00050630 | FRITSCH_00050632 | Attachment Glass TAB 2_FRITSCH_00015180.pdf |
| FRITSCH_00050633 | FRITSCH_00050635 | 302 Interview of Kevin Mayer 12.18.2024 |
| FRITSCH_00050636 | FRITSCH_00050637 | Interview of Kevin Mayer 12.18.2024 notes |
| FRITSCH_00050638 | FRITSCH_00050639 | Attachment Mayer Ex 1 - TAB 1_FRITSCH_00028999 Macbook Air from Room U. (Mamann) 1B52_00028163_native.pdf |
| FRITSCH_00050640 | FRITSCH_00050641 | Attachment Mayer Ex 2 - TAB 2_FRITSCH_00028999 Macbook Air from Room U. (Mamann) 1B52_00028153_native.pdf |
| FRITSCH_00050642 | FRITSCH_00050642 | Attachment Mayer Ex 3 - Tab 8_BETTER THAN EXPECTED  FRITSCH_00018986-2.pdf |
| FRITSCH_00050643 | FRITSCH_00050647 | Attachment Mayer Ex 4 - TAB 3_FRITSCH_00028999 Macbook Air from Room U. (Mamann) 1B52_00027882_native.pdf |

RE: United States v. Fritsch
January 3, 2025
Page 12

| BATES BEGIN | BATES END | DESCRIPTION |
|---|---|---|
| FRITSCH_00050648 | FRITSCH_00050649 | Attachment Mayer Ex 5 - TAB 4_FRITSCH_00028999 Macbook Air from Room U. (Mamann) 1B52_00028158_native.pdf |
| FRITSCH_00050650 | FRITSCH_00050650 | 302 Production collected from James Polsen 12.27.2024[1] |
| FRITSCH_00050651 | FRITSCH_00050651 | Physical cover sheet re James Polsen Production |
| FRITSCH_00050652 | FRITSCH_00050652 | Report re Missing Originals of Mederos Letters (already produced by email 12/29/2024) |
| FRITSCH_00050653 | FRITSCH_00050655 | Interview of Michael Nash 12.06.2024 |
| FRITSCH_00050656 | FRITSCH_00050657 | 2024-12-06 Nash Interview Notes.pdf |
| FRITSCH_00050658 | FRITSCH_00050660 | Attachment Nash TAB 1_FRITSCH_00015397.pdf |
| FRITSCH_00050661 | FRITSCH_00050662 | Attachment Nash TAB 2_FRITSCH_00015104.pdf |
| FRITSCH_00050663 | FRITSCH_00050663 | Attachment Nash Tab 3_FRITSCH_00015469.pdf |
| FRITSCH_00050664 | FRITSCH_00050664 | Attachment Nash Tab 4 FRITSCH_00015469.pdf |
| FRITSCH_00050665 | FRITSCH_00050667 | Attachment Nash Tab 5_FRITSCH_00015446.pdf |
| FRITSCH_00050668 | FRITSCH_00050668 | Attachment Nash Tab 6. FRITSCH_00015094.pdf |
| FRITSCH_00050669 | FRITSCH_00050765, | Email Communications regarding CART Matters |

The government will make available for your inspection any item of evidence referred to above as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional Jencks material one week before trial if you

---

[1] The government collected this evidence but we have not reviewed it yet and we do not intend to use it in our case in chief. We understand it's approximately 11.4G in size. It is available for your inspection and copying. If you would like a copy, please supply a flash drive or other storage device at least 15G in size. Please send the device directly to the FBI (advising us by email that you have done so, so we can flag it) and using a trackable shipping method, to: Special Agent Erin Kim, Federal Bureau of Investigation, 11000 Wilshire Blvd., Suite 1700, Los Angeles, CA 90024.

RE: United States v. Fritsch
January 3, 2025
Page 13

agree to the production of reciprocal Jencks material at that time or affirmatively represent that you have no Jencks material to produce. Please inform me whether such an arrangement is acceptable to you.

The enclosed materials and information and any future discovery provided to you may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law, and this discovery is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the scope of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense. Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery. Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Please let me know if you have any questions.

Very truly yours,

E. Martin Estrada
United States Attorney

*/s/ electronically signed*
Monica E. Tait
Assistant United States Attorney
Major Frauds Section

cc:   Patricia Zepeda
      Sarah Lee, AUSA
      Joseph De Leon, AUSA