JOSEPH MCNALLY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
SARAH S. LEE (Cal. Bar No. 311480)
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931/7407/7280
     Facsimile: (213) 894-6269
     E-mail:   monica.tait@usdoj.gov
               sarah.lee@usdoj.gov
               joseph.de.leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | JOINT NOTICE REGARDING TRIAL DATE |
| v. | Current Trial Date: January 14, 2025 |
| BERNHARD EUGEN FRITSCH, | Location:    Courtroom of the Hon. Dale S. Fischer |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Monica E. Tait, Sarah S. Lee, and Joseph De Leon, and defendant BERNHARD EUGEN FRITSCH ("defendant"), by and through his counsel of record, Deputy Federal Public Defenders James Threatt, Rebecca Abel, and Jonathan Aminoff, hereby file this notice regarding the trial date.

The Court held a hearing on January 8, 2025, in part to discuss defendant's _ex parte_ application to continue the trial date, currently set for January 14, 2025.  At the hearing, the Court indicated its intent to continue the trial date to January 28, 2025, pending confirmation of jury availability.

Since the hearing, the government has reached out to its trial witnesses and has heard back from most, but not all, of the witnesses.  Government counsel and defense counsel have met and conferred regarding the status of the government's inquiries.

The government is aware of one potential issue with a witness who is traveling internationally for the trial.  The witness holds a passport expiring soon which may prevent travel to the United States in time for a January 28, 2025 trial.  But the witness is attempting to renew the passport in order to travel for the trial on January 28, 2025.

The government has also informed the defense that the government's case agent will be unavailable from February 8-17, 2025. The government's case agent is under subpoena by the defense, the defense believes the case agent to be an essential witness for trial, and the defense has concerns that a January 28, 2025 trial date may result in the case agent's unavailability for testimony in the defense's case-in-chief.  The parties are attempting to reach a resolution that would allow the case to go forward on the Court's proposed January 28, 2025 timeline.  The parties will update the Court by January 10, 2025.

//

//

1          If either party becomes aware of additional information from

2     witnesses that creates an issue regarding their availability, they

3     will meet and confer and notify the Court if necessary.

4     Dated: January 8, 2025            Respectfully submitted,

5                                       JOSEPH MCNALLY
                                        Acting United States Attorney
6
                                        LINDSEY GREER DOTSON
7                                       Assistant United States Attorney
                                        Chief, Criminal Division
8                                       Assistant United States Attorney
                                        Chief, Criminal Division
9

10                                             /s/
                                        _____
11                                      SARAH S. LEE
                                        MONICA E. TAIT
12                                      JOSEPH DE LEON
                                        Assistant United States Attorney

13                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
14    Dated: January 8, 2025

15                                      */s/ Jonathan Aminoff(w/ email auth.)*
                                        JAMES THREATT
16                                      REBECCA ABEL
                                        JONATHAN AMINOFF
17                                      Deputy Federal Public Defenders

18                                      Attorneys for Defendant
                                        BERNHARD EUGEN FRITSCH
19

20

21

22

23

24

25

26

27

28