```
JOSEPH MCNALLY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
SARAH S. LEE (Cal. Bar No. 311480)
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931/7407/7280
     Facsimile: (213) 894-6269
     E-mail:    monica.tait@usdoj.gov
                sarah.lee@usdoj.gov
                joseph.de.leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING TRIAL DATE |
| v. | Current Trial Date: January 14, 2025 |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | Location:   Courtroom of the Hon. Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Monica E. Tait, Sarah S. Lee, and Joseph De Leon, hereby files this second notice regarding the potential January 28, 2025, trial date.

//

//

1    Since the parties last provided the Court an update regarding
2 the potential continuance of the trial date to January 28, 2025, (see
3 Dkt. 402), the government reached out to defense counsel to attempt
4 to resolve defendant's concern regarding the government's case
5 agent's availability.  The government informed defense counsel by
6 email on January 9, 2025, at approximately 12:22 PM, that the case
7 agent is willing to be available through February 13, 2025, to
8 address defendant's concerns.
9    The government believes this adjustment to the case agent's
10 anticipated leave schedule addresses the concern defendant raised
11 with respect to the January 28 trial date.  The government's current
12 estimate for its case-in-chief is six court days.  Assuming the
13 government is able to start with its first witness on January 28,
14 2025, the government anticipates resting its case by February 5,
15 2025.  The government believes this will provide the defense
16 sufficient time to call and complete the testimony of the
17 government's case agent, if necessary, by February 13, 2025.
18    Defense counsel has not yet responded to the government's
19 information about the case agent that was sent on January 9.  The
20 government sent a follow-up email on January 10, 2025, at
21 approximately 10:54 AM, to inquire whether the defense is able to
22 provide their position or whether the defense is unable to provide an
23 update in light of the current wildfires in Los Angeles.  As of the
24 time of this filing, the government has not received a response.
25    Further, the government has still not heard back from a few of
26 its witnesses who may be impacted by the wildfires in Los Angeles.
27 The government currently does not have information that would
28 indicate these witnesses are not available for the January 28, 2025,

trial date.  But if that changes, the government will notify the defense and raise the issue with the Court if necessary.

Therefore, based on the current information available to the government, the government is not aware of any witness who is unavailable to testify if the trial were continued to January 28, 2025.

Dated: January 10, 2025         Respectfully submitted,

                                JOSEPH MCNALLY
                                Acting United States Attorney

                                LINDSEY GREER DOTSON
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                SARAH S. LEE
                                MONICA E. TAIT
                                JOSEPH DE LEON
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA