BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
SARAH S. LEE (Cal. Bar No. 311480)
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931/7407/7280
     Facsimile: (213) 894-6269
     E-mail:    monica.tait@usdoj.gov
                sarah.lee@usdoj.gov
                joseph.de.leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | STIPULATION REGARDING POST-TRIAL MOTIONS AND SENTENCING DATE |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Monica E. Tait, Sarah S. Lee, and Joseph De Leon, and defendant BERNHARD EUGEN FRITSCH ("defendant"), by and through his counsel of record, Deputy Federal Public Defenders James Threatt, Rebecca Abel, and Jonathan Aminoff, hereby stipulate as follows:

1. On April 3, 2025, a jury returned a verdict of guilty on Count One and not guilty on Count Two of the indictment. After the verdict was returned, the government orally moved to remand defendant to custody. The Court ordered the parties to meet and confer regarding a briefing schedule on the motion and any other post-trial motions, and to confer regarding sentencing dates.

2. The parties have met and conferred and request the following briefing and hearing schedule on the government's motion to remand defendant to custody. The parties are continuing to confer regarding this motion and the government may, in the alternative, file a motion to modify conditions of bond.

   a. April 28, 2025: Motion to remand/modify conditions

   b. May 12, 2025: Opposition to motion to remand/modify conditions

   c. May 19, 2025: Reply motion to remand/modify conditions

   d. June 2, 2025: Hearing on motion to remand/modify conditions

3. The parties currently do not anticipate filing any other post-trial motions. But the parties request the Court enter the following briefing and hearing schedule on any other post-trial motions the parties may decide to file:

   a. June 2, 2025: File other post-trial motions (if any)

   b. June 16, 2025: Oppositions to post-trial motions

   c. June 30, 2025: Reply post-trial motions

   d. July 14, 2025: Hearing on post-trial motions (if any)

//

//

4.    The parties request a sentencing hearing on October 20, 2025, or any date thereafter that is convenient to the Court.  Unless the Court prefers otherwise, the parties propose that sentencing positions be filed by September 29, 2025.

IT IS SO STIPULATED.

Dated: April 14, 2025                Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
SARAH S. LEE
MONICA E. TAIT
JOSEPH DE LEON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 15, 2025

*/s/ (with email authorization)*
JAMES THREATT
REBECCA ABEL
JONATHAN AMINOFF
Deputy Federal Public Defenders

Attorneys for Defendant
BERNHARD EUGEN FRITSCH

3