# TRIAL EXHIBIT 901 (EXCERPT)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **United States of America v. Bernhard Eugen Fritsch** | | | | | | | | |
| **Starclub Inc (Bernhard Fritsch)** | | | | | | | | |
| **JPMorgan Chase Bank Account Number 211777995** | | | | | | | | |
| **Activities from Jan 2014 to Jul 2017** | | | | | | | | |
| | | | | | | $40,726,679.11 | ($40,696,648.75) | $30,030.36 |
| **Chart Line#** | **PostDate** | **TranType** | **Check #** | **Payee/Payor** | **Addtl Info from Source Docs** | **Credit** | **Debit** | **Balance** |
| 1 | 01/01/14 | CREDIT | | Balance Carryforward | | $23,450.00 | | $23,450.00 |
| 2 | 01/03/14 | CREDIT | | Starclub Inc - CH 9717 | | $50,000.00 | | $73,450.00 |
| 3 | 01/03/14 | DEBIT | | 3229 Rambla Pacifico Inc - WF 6313 | | | ($20,000.00) | $53,450.00 |
| 4 | 01/06/14 | DEBIT | | Service Charges | | | ($60.00) | $53,390.00 |
| 5 | 01/07/14 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($20,000.00) | $33,390.00 |
| 6 | 01/09/14 | CREDIT | | Starclub Inc - CH 9717 | | $100,000.00 | | $133,390.00 |
| 7 | 01/09/14 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($15,000.00) | $118,390.00 |
| 8 | 01/09/14 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($10,000.00) | $108,390.00 |
| 9 | 01/09/14 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($20,000.00) | $88,390.00 |
| 10 | 01/13/14 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($15,000.00) | $73,390.00 |
| 11 | 01/13/14 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($10,000.00) | $63,390.00 |
| 12 | 01/21/14 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($50,000.00) | $13,390.00 |

SC CH7995

1 of 41

Exhibit 901

1 of 41

| Chart Line# | PostDate | TranType | Check # | Payee/Payor | Addtl Info from Source Docs | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 175 | 01/20/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($75,000.00) | $2,081,900.35 |
| 176 | 01/20/15 | DEBIT | | 3229 Rambla Pacifico Inc - CH 6803 | | | ($150,000.00) | $1,931,900.35 |
| 177 | 01/27/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($450,000.00) | $1,481,900.35 |
| 178 | 01/28/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($135,000.00) | $1,346,900.35 |
| 179 | 01/28/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($70,000.00) | $1,276,900.35 |
| 180 | 01/30/15 | CREDIT | | Daniel Guy Salida Strategic Growth Fund | | $7,000,000.00 | | $8,276,900.35 |
| 181 | 01/30/15 | CREDIT | | Shale Management Corporation | | $2,000,000.00 | | $10,276,900.35 |
| 182 | 02/02/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($35,000.00) | $10,241,900.35 |
| 183 | 02/02/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($400,000.00) | $9,841,900.35 |
| 184 | 02/04/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($20,000.00) | $9,821,900.35 |
| 185 | 02/04/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($1,100,000.00) | $8,721,900.35 |
| 186 | 02/04/15 | DEBIT | | Service Charges | | | ($135.00) | $8,721,765.35 |
| 187 | 02/05/15 | CREDIT | | Brian O'Hea | | $100,002.50 | | $8,821,767.85 |

SC CH7995

16 of 41

Exhibit 901
16 of 41

| Chart Line# | PostDate | TranType | Check # | Payee/Payor | Addtl Info from Source Docs | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 188 | 02/06/15 | CREDIT | | Francis Scotland | | $101,975.00 | | $8,923,742.85 |
| 189 | 02/11/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($20,000.00) | $8,903,742.85 |
| 190 | 02/19/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($50,000.00) | $8,853,742.85 |
| 191 | 02/20/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($10,000.00) | $8,843,742.85 |
| 192 | 02/24/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($375,000.00) | $8,468,742.85 |
| 193 | 02/24/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($35,000.00) | $8,433,742.85 |
| 194 | 02/26/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($330,000.00) | $8,103,742.85 |
| 195 | 03/02/15 | DEBIT | | 3229 Rambla Pacifico Inc - CH 6803 | | | ($40,000.00) | $8,063,742.85 |
| 196 | 03/02/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($150,000.00) | $7,913,742.85 |
| 197 | 03/02/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 6377 | | | ($10,000.00) | $7,903,742.85 |

SC CH7995

17 of 41

Exhibit 901
17 of 41

| Chart Line# | PostDate | TranType | Check # | Payee/Payor | Addtl Info from Source Docs | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 213 | 04/03/15 | DEBIT | | 3229 Rambla Pacifico Inc - CH 6803 | | | ($35,000.00) | $6,453,552.85 |
| 214 | 04/03/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 6377 | | | ($15,000.00) | $6,438,552.85 |
| 215 | 04/03/15 | DEBIT | | Service Charges | | | ($151.00) | $6,438,401.85 |
| 216 | 04/07/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($10,000.00) | $6,428,401.85 |
| 217 | 04/08/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($20,000.00) | $6,408,401.85 |
| 218 | 04/10/15 | CREDIT | | Stephen D. Buckley | | $100,000.00 | | $6,508,401.85 |
| 219 | 04/10/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($150,000.00) | $6,358,401.85 |
| 220 | 04/13/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($40,000.00) | $6,318,401.85 |
| 221 | 04/13/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($15,000.00) | $6,303,401.85 |
| 222 | 04/16/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($60,000.00) | $6,243,401.85 |

SC CH7995
19 of 41

Exhibit 901
19 of 41

| Chart Line# | PostDate | TranType | Check # | Payee/Payor | Addtl Info from Source Docs | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 283 | 11/13/15 | DEBIT | | Starclub Inc - CH 6339 | | | ($250,000.00) | $3,201,630.85 |
| 284 | 11/23/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($60,000.00) | $3,141,630.85 |
| 285 | 11/23/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($40,000.00) | $3,101,630.85 |
| 286 | 11/24/15 | CREDIT | | Harrington | | $6,000,000.00 | | $9,101,630.85 |
| 287 | 11/25/15 | CREDIT | | Clarrence Ag | | $1,000,000.00 | | $10,101,630.85 |
| 288 | 12/03/15 | DEBIT | | Service Charges | | | ($230.00) | $10,101,400.85 |
| 289 | 12/18/15 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($40,000.00) | $10,061,400.85 |
| 290 | 12/30/15 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($15,000.00) | $10,046,400.85 |
| 291 | 12/30/15 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($15,000.00) | $10,031,400.85 |
| 292 | 01/06/16 | DEBIT | | 3229 Rambla Pacifico Inc - WF 6377 | | | ($10,000.00) | $10,021,400.85 |
| 293 | 01/06/16 | DEBIT | | Service Charges | | | ($200.00) | $10,021,200.85 |

Case 2:17-cr-00520-DSF    Document 524-2    Filed 04/28/25    Page 7 of 7    Page ID #:6223

| Chart Line# | PostDate | TranType | Check # | Payee/Payor | Addtl Info from Source Docs | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 294 | 01/11/16 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($50,000.00) | $9,971,200.85 |
| 295 | 01/11/16 | DEBIT | | 3229 Rambla Pacifico Inc - CH 6803 | | | ($45,000.00) | $9,926,200.85 |
| 296 | 01/11/16 | DEBIT | | 3229 Rambla Pacifico Inc - WF 6377 | | | ($15,000.00) | $9,911,200.85 |
| 297 | 01/12/16 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($30,000.00) | $9,881,200.85 |
| 298 | 01/13/16 | DEBIT | | Starclub Inc - CH 6339 | | | ($365,000.00) | $9,516,200.85 |
| 299 | 01/19/16 | CREDIT | | BHP International Markets Ltd | | $24,980.00 | | $9,541,180.85 |
| 300 | 01/22/16 | DEBIT | | 3229 Rambla Pacifico Inc - WF 7568 | | | ($10,000.00) | $9,531,180.85 |
| 301 | 01/25/16 | CREDIT | | Ian H. Mann Smiths | | $1,000,000.00 | | $10,531,180.85 |
| 302 | 01/25/16 | DEBIT | | Starclub Inc - CH 6339 | | | ($240,000.00) | $10,291,180.85 |
| 303 | 01/25/16 | DEBIT | | Greenwich Music Inc - CH 4865 | | | ($65,000.00) | $10,226,180.85 |
| 304 | 01/25/16 | DEBIT | | 3229 Rambla Pacifico Inc - CH 6803 | | | ($50,000.00) | $10,176,180.85 |
| 305 | 01/25/16 | DEBIT | | US Mastertec LLC - CH 3199 | | | ($90,000.00) | $10,086,180.85 |
| 306 | 02/02/16 | DEBIT | | Starclub Inc - CH 6339 | | | ($200,000.00) | $9,886,180.85 |

SC CH7995
26 of 41

Exhibit 901
26 of 41