BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SARAH S. LEE (Cal. Bar No. 311480)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407
     Facsimile: (213) 894-6269
     E-mail:    sarah.lee@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

     Plaintiff, United States of America, hereby advises the court

that **SARAH S. LEE** is departing the United States Attorney's Office,

and all of the cases in **Attachment A** should have the contact

//

//

information replaced with the generic USAO email used for docketing.

Dated: May 29, 2025                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                        /s/
                                       SARAH S. LEE
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2

# ATTACHMENT  A

| |
|---|
| 2:05-cr-00235-R-6 |
| 2:07-cr-00375-JLS-1 |
| 2:07-cr-01339-TJH-1 |
| 2:10-cr-00381-FLA-1 |
| 2:12-cr-00172-SVW-4 |
| 2:12-cr-00217-PA-1 |
| 2:12-cr-00773-GHK-1 |
| 2:17-cr-00252-DSF-1 |
| 2:17-cr-00520-DSF-1 |
| 2:19-cr-00003-PSG-ODW-1 |
| 2:19-cr-00505-JAK-1 |
| 2:19-cr-00506-DMG-1 |
| 2:20-cr-00578-JAK-1 |
| 2:21-cr-00577-FLA-1 |
| 2:21-cr-00580-ODW-1 |
| 2:22-cr-00144-SB-1 |
| 2:22-cr-00225-RGK-1 |
| 2:22-cr-00225-RGK-2 |
| 2:22-cr-00313-DMG-1 |
| 2:22-cr-00373-MEMF-1 |
| 2:22-cr-00375-JFW-1 |
| 2:22-cr-00402-FMO-1 |
| 2:22-cr-00413-SPG-1 |
| 2:22-cr-00427-DSF-1 |
| 2:22-cr-00434-LAL-1 |
| 2:22-cr-00442-GW-1 |
| 2:22-cr-00450-SVW-1 |

| |
|---|
| 2:22-cr-00473-JFW-1 |
| 2:22-cr-00473-JFW-2 |
| 2:22-cr-00476-MEMF-1 |
| 2:22-cr-00584-SPG-AB-1 |
| 2:22-cv-05297-DMG-MRW |
| 2:22-cv-07401-MEMF-DFM |
| 2:22-cv-08431-ODW-KS |
| 2:22-cv-08881-MWF-MAR |
| 2:23-cr-00001-FLA-1 |
| 2:23-cr-00010-JAK-1 |
| 2:23-cr-00061-SB-1 |
| 2:23-cr-00063-MCS-1 |
| 2:23-cr-00080-DMG-1 |
| 2:23-cr-00106-SPG-1 |
| 2:23-cr-00200-MCS-1 |
| 2:23-cr-00200-MCS-2 |
| 2:23-cr-00200-MCS-3 |
| 2:23-cr-00200-MCS-4 |
| 2:23-cr-00200-MCS-5 |
| 2:23-cr-00200-MCS-6 |
| 2:23-cr-00200-MCS-7 |
| 2:23-cr-00200-MCS-8 |
| 2:23-cr-00200-MCS-9 |
| 2:23-cr-00200-MCS-10 |
| 2:23-cr-00200-MCS-11 |
| 2:23-cr-00200-MCS-12 |
| 2:23-cr-00200-MCS-13 |

| |
|---|
| 2:23-cr-00200-MCS-14 |
| 2:23-cr-00400-WLH-DMG-1 |
| 2:23-cr-00413-WLH-1 |
| 2:23-cr-00428-HDV-1 |
| 2:23-cr-00488-DSF-1 |
| 2:23-cr-00490-SVW-1 |
| 2:23-cr-00510-AB-1 |
| 2:23-cr-00549-PA-1 |
| 2:23-cr-00586-JAK-1 |
| 2:23-cr-00654-PA-1 |
| 2:23-cr-00654-PA-2 |
| 2:23-cv-00549-CAS-RAO |
| 2:23-cv-01865-MEMF-DFM |
| 2:24-cr-00009-MEMF-1 |
| 2:24-cr-00083-JAK-1 |
| 2:24-cr-00141-GW-1 |
| 2:24-cr-00190-SB-1 |
| 2:24-cr-00219-MCS-1 |
| 2:24-cr-00219-MCS-2 |
| 2:24-cr-00219-MCS-3 |
| 2:24-cr-00219-MCS-4 |
| 2:24-cr-00219-MCS-5 |
| 2:24-cr-00219-MCS-6 |
| 2:24-cr-00697-PA-1 |
| 2:24-cr-00697-PA-2 |
| 2:24-cr-00697-PA-3 |
| 2:24-cr-00697-PA-4 |

2:24-cr-00697-PA-5

2:24-cr-00697-PA-6

2:24-cr-00697-PA-7

2:25-cr-00123-AB-1

2:25-cr-00123-AB-2

2:25-cr-00123-AB-3

2:25-mj-02266-DUTY-1

5:22-cr-00187-JGB-1

5:22-cv-02211-KK-BFM

5:23-tk-00006-UA-1

5:23-tk-00066-UA-1

5:24-cr-00011-JGB-1

5:24-cr-00042-KK-1

8:21-cr-00123-DOC-1

8:21-cr-00123-DOC-2

8:23-cr-00020-FWS-1