UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  LA CR 17-00520-DSF-1                                        Date:  June 2, 2025

Present:  The Honorable: Dale S Fischer, United States District Judge

Interpreter N/A

| Dominique Carr | Miriam Biard (ZOOM) | Monica E. Tait |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Bernhard Eugen Fritsch (No appearance) | | | X | James S. Threatt | X | X |
| | | | | Jonathan C. Aminoff | X | X |
| | | | | Rebecca M. Abel | X | X |

**Proceedings: MOTION TO REVOKE BOND [524]**

The case is called. Counsel state their appearances. No appearance is made by defendant, Bernhard Eugen Fritsch. For the reasons stated on the record, the Court orders the bond revoked and forfeited. The Court orders the defendant be detained. The Court orders the issuance of a bench warrant.

cc: USM, USPO

                                                                                  :27

                                                **Initials of Deputy Clerk**  DC