BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2931
      Facsimile: (213) 894-6269
      E-mail:    monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSES AND OBJECTIONS TO PRESENTENCE REPORT |
| v. | Sentencing date: October 20, 2025 |
| BERNHARD EUGEN FRITSCH, | Time: 8:00 a.m. |
| Defendant. | Before the Honorable Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, hereby files its consolidated Reponses to the Presentence Report as to defendant Fritsch pursuant to Rule 32.2(f), released to the parties on September 4, 2025.

The government will separately file its sentencing position by the September 29, 2025 sentencing positions deadline the Court previously set.

This document is based on the Presentence Report, the files and records of this case, and such further evidence and argument as may be presented at any hearing in this matter.

Dated: September 18, 2025          Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   Acting United States Attorney

                                   JOSEPH T. MCNALLY
                                   Assistant United States Attorney
                                   Acting Chief, Criminal Division


                                        /s/
                                   MONICA E. TAIT
                                   Assistant United States Attorney

                                   Attorney for Plaintiff
                                   UNITED STATES OF AMERICA

RESPONSE TO PRESENTENCE REPORT

The Probation Office issued its Presentence Report ("PSR") for defendant BERNHARD EUGEN FRISTCH on September 4, 2025.  The government files this Response to request and recommend factual correction, and to lodge objections pursuant to Rule 32.2(f), Federal Rules of Criminal Procedure.

**I.    Corrections Requested**

1.    Paragraphs 3 and 24 of the PSR state that the wire count for which defendant was convicted occurred on "January 30, 2025."  In fact, the date was January 30, 2015.

2.    The last sentence of paragraph 11, discussing the bond and the clerk's lien securing defendant's bond, states that "it was discovered that the Court's bond in this case does not appear on the title report for the property."  The government objects because it possesses a 2022 title report in which the clerk's lien does appear in the chain of title.  It would be more accurate to state that a third party, Jayco Premium Finance, has alleged that the third party took an interest in the property without having notice of the clerk's lien.

3.    Paragraph 21 states that FRITSCH caused millions of dollars to be transferred to non-StarClub accounts controlled by him or his co-schemers.  In fact, the proof at trial showed that the accounts were controlled by FRITSCH, and not co-schemers.

a.    Paragraphs 21(a) and (b) may have intended to list two of those "non-StarClub accounts" but instead listed two StarClub accounts.  The government recommends inclusion of the accounts of Rambla Pacifico Inc. and Greenwich Music Inc. instead, listed on

3

Trial Exhibit 900 (see, e.g., accounts at line numbers 8, 13, 14, 15, 16).

4.    Identity of victim:  Pending further clarification from D.G.'s counsel, the government believes that the correct name of the victim with the largest loss is Harrington Global Opportunities Fund SARL, a fund managed by D.G., rather than D.G. personally.  (See PSR ¶¶ 36, 101.)

**II.    OBJECTIONS**

1.    Number of victims and loss (PSR ¶¶ 36, 48, 50, 87, 101): The government agrees with paragraph 25 that there were at least 10 victims, but objects to the omission of Clarrence AG as a victim with $1,000,000 loss, and B.O'H as a victim with $100,002.50 in loss.  See Trial Exhibit 901, lines 187, 287 (incoming funds).  Both victims were introduced to FRISCH by victim D.G. (the corporation was introduced through its representative, D.C.).  Trial Testimony of D.G. (Dkt. 519:43-44, 80); interview reports for D.C. (bates PP_FRITSCH_000473-PP_FRITSCH_000474).  These additions raise the loss to $26,967,816.30.[1]

2.    Restitution:  The restitution award should be corrected consistent with the preceding paragraph.

3.    Substantial Financial Hardship/Zero-Point Offender (¶¶ 63-64):  Although many victims were contacted earlier in the investigation, since the April 2025 verdict the

---

[1] Additional StarClub documents are expected to clarify for the Probation Officer the investment and loss amounts for M.B. (who may have invested through his relative, L.B.) and T.S., who invested with others through a private placement offering, likely paying through transfer agents Goodmans LLP and/or Fidelity.  See Trial Exhibit 901, lines 13, 40, 98.

4

government has not been able to reach U.S. victim S.B., nor speak to any of the Canadian-resident victims (E.M., F.S., R.P., S.P., M.B., T.S., B.O'H) prior to filing this response, to determine whether any of them suffered substantial financial hardship from their loss such that the 2-point reduction for a zero-point offender should not apply.  USSG §4C1.1(a)(6).  The government will update the Court at the time of its sentencing position on the status of this objection.  A finding that defendant personally caused substantial financial hardship to even one victim would raise defendant's offense level to 35.