Selection of Trial Exhibits in numerical order

## Raquel Melo

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Tuesday, December 23, 2014 11:07 AM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: |

So close date is jan 10th.

Sent from my iPhone

On Dec 23, 2014, at 11:04 AM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

> Hi Danny,
> Nothing has closed yet. Since Dec 18 everyone who was in the pipeline is gone on holiday vacatio nand back on Jan 6. I am confident that we will close in Jan/fFeb as scheduled.
> It does not change the fact that we need cash now to produce revenues, which is highly important as revenues will drive up the share price tremendously.  In fact .... ACCESS in London - I found out - is nervous that our revenues will go up in Jan/Feb before they can write a check and then the share price would be possibly way over $ 20/share.
> The new Instagram evaluation of US$ 35 Biillion and the news that Maker Studios ( Disney) is planning to enter into a commercial transaction with StarClub by Feb did light a fire under everyone's ... .
> Best
> Bernhard
>
>
> On Tue, Dec 23, 2014 at 7:46 AM, Danny Guy <dguy@salidacapitalint.com> wrote:
>> Did you close part of the placement early ?
>>
>> Sent from my iPhone
>
>
> --
>
>
> Bernhard Fritsch



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

1

Subject to Protective Order

FRITSCH_00018243

Exhibit 4
Page 1 of 1

## Raquel Melo

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Friday, July 18, 2014 12:21 AM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: |

Sounds good. Chat tomorrow

Sent from my iPhone

On Jul 18, 2014, at 1:20 AM, "Bernhard Fritsch" <bernhard@starclubltd.com> wrote:

> Hi Danny,
> What a day! ...
> Just got back.
> Richard D'Abo  (Ron Burkle's CFO) is putting the deal together.
> We spent several hours at their office and then met with the co-investor Ted Fields.
> Monday evening with Ron Burkle.
> Can I give you a ring tomorrow ?
> Best,
> Bernhard
>
>
>
> On Thu, Jul 17, 2014 at 9:06 PM, Danny Guy <dguy@salidacapitalint.com> wrote:
> So how did today go?
>
> Sent from my iPhone

**Bernhard Fritsch**



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This
e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.

1

## Raquel Melo

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Friday, July 18, 2014 8:30 PM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: update |

Ok will call you tomorrow.

Sent from my iPhone

On Jul 18, 2014, at 9:27 PM, "Bernhard Fritsch" <bernhard@starclubltd.com> wrote:

> Hi Danny,
> I tried calling your nr but were probably already at dinner.
> I will have a full status report by Tuesday morning after the final Burkle-meeting on Monday evening.
> I can between now and then over the phone - have a great weekend!
> Very best
> Bernhard
>
> --
>
> Bernhard Fritsch



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

**CONFIDENTIALITY NOTICE**
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

## Raquel Melo

From:        Danny Guy SCI
Sent:        Friday, August 01, 2014 4:34 PM
To:          Bernhard Fritsch
Subject:     Re: Update

Fantastic news

Sent from my iPhone

> On Aug 1, 2014, at 4:30 PM, "Bernhard Fritsch" <fritschbox@gmail.com> wrote:
>
> Sorry for late reply , Danny, hectic day!
> Yes, according to Ron B we have a deal for $9 per share. Plus  get the talent of his management firm for SC.
> He cannot get pinned down to the final dollar amount.
> I will see him again on Wednesday. I also asked him to come to Toronto. He liked the idea but it is not confirmed yet.
> Paper work will get done by his CFO Richard D'Abo who called me and asked that we have to work with their speed but he will get it done ... - whatever this means at the end. Let's stay tuned.
> I like this one to get closed as it is a good one for us from a credibility point of view !
> WME: we are proceeding here as well . Once they have solved their internal conflicts we can close.
> Universal deal documents are with the lawyers.
> Things are looking good.  Even in August: everyone is present and working here in NYC!
> I hope you are well -
> Bernhard
>
> Sent from my iPhone
>
>> On Aug 1, 2014, at 10:53 AM, Danny Guy <dguy@salidacapitalint.com> wrote:
>>
>> So?   We have a deal?
>>
>> Sent from my iPhone

1

Subject to Protective Order                                   FRITSCH_00019005

Exhibit 111
Page 1 of 1

## Raquel Melo

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Sunday, August 10, 2014 3:21 PM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: |

You need Burkle deal done. We can announce after it floats if u want.

Sent from my iPhone

On Aug 10, 2014, at 3:15 PM, "Bernhard Fritsch" <bernhard@starclubltd.com> wrote:

> I wouldn't float the company before at least one of thoes deals is closed but we discuss this and play it either way. Game one!
>
> On Sunday, August 10, 2014, Bernhard Fritsch <bernhard@starclubltd.com> wrote:
> Hi Danny,
> Yes, I will be in Toronto  this Tuesday all day. Confirmed.
> The deals Universal and Yucaipa will realistically  close at the end of this month between Aug 22 and 28.
> Very best
> Bernhard
>
>
> On Sun, Aug 10, 2014 at 5:25 AM, Danny Guy <dguy@salidacapitalint.com> wrote:
> Are you in Toronto on Tuesday. Have u firmed that up?  Any clarity on deal?
>
> Sent from my iPhone
>
>
>
>
> --
>
>
> Bernhard Fritsch
>
>  starclub℠
>
> o: 310.458.8822
> c: 323.300.4339
>
> e: bernhard@starclubltd.com
> w: www.starclubltd.com
>
> STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401
>
> CONFIDENTIALITY NOTICE
> This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally

1

**Raquel Melo**

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Friday, August 15, 2014 3:30 AM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: DISNEY - CONFIDENTIAL! |

Fantastic news.  Let's get Aaron engaged.

Sent from my iPhone

On Aug 15, 2014, at 3:04 AM, "Bernhard Fritsch" <fritschbox@gmail.com> wrote:

> Hi Danny,
> I just got back from a long an intense but very positive meeting with Disney:
> 1) They are willing to proceed on the deal
> 2) they are going back and running the numbers now
> 3) They do not have a conflict with Aaron Siegel from GS
> 4) They want us to perfect the business model between StarClub and Marvel and StarClub and ESPN. - I have to go to back to NYC fort this.
> 5) Thumbs up! - Timing ? - We need to get some numbers from them in order to understand this better but we are on a perfect track!
> Bernhard
>
>
> --
>
>
> **Bernhard Fritsch**

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

## Raquel Melo

| | |
|---|---|
| From: | Danny Guy SCI |
| Sent: | Monday, December 08, 2014 7:56 PM |
| To: | Bernhard Fritsch |
| Subject: | Re: confidential update - please do not circulate - THANK YOU! |

Yes. I will close it in the fund. So Salida opportunities fund sarl. Same as the rest.

Sent from my iPhone

On Dec 8, 2014, at 6:39 PM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

> Hi Danny,
>
> Here is the update:
>
> 1) ACCESS: Best introduction Goldman made. GREAT, GREAT, GREAT!! -- We will get 3 investors out of their group between $ 10MM and $ 20MM by Jan 15.
>
> 2) SoftBank: Is ONLY interested in an acquisition of ca. 33% of the company, in exchange around $ 125 MM, timing March 2015. They will come to see the operation in S Monica.
>
> 3) Regency. Jonathan Fisher who is on our deal was out of the office but asked me to come to his office on Wednesday. I expect that we can close then.
>
> 4) Goldman: Still no figure yet.
>
> 5) Salida: If we could close on the US$ 2.7 at $ 4/share in escrow, at the end of this week, this would be very helpful.
>
> Just let me know.
> Very best
> Bernhard

**Bernhard Fritsch**

 starclub™

o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

1

Subject to Protective Order                    FRITSCH_00018235
Exhibit 121
Page 1 of 1

**Raquel Melo**

| | |
|---|---|
| **From:** | Danny Guy SCI |
| **Sent:** | Tuesday, January 27, 2015 12:01 PM |
| **To:** | Bernhard Fritsch |
| **Subject:** | Re: US$ 10 MM raise for StarClub Inc. |

Call me when done.

Sent from my iPhone

On Jan 27, 2015, at 12:59 PM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

> David is inconsistent and does not understand our business. Agreed. The fact that is unwilling to sign an NDA leaves us in a weird spot. We should possibly exclude from the investment opportunity and no longer feed him any info. I am on the phone with Tom English this moment. Things are looking good on the company front! :)
>
> On Tue, Jan 27, 2015 at 3:10 AM, Danny Guy <dguy@salidacapitalint.com> wrote:
> Ok let's chat today.  It will take some work to get the 10 done. No one seems to want to put the funds in until your fully financed. David should have signed a CA already. I am surprised he hasn't.  David is fickle like at the best of times. Call me when you get up and yes call Tom as well.
>
> Sent from my iPhone
>
> On Jan 27, 2015, at 3:56 AM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:
>
>> Hi Danny,
>>
>> I like to encourage us to complete the US$ 10 Million fund raise for the company this week. - I have attached the deal document which  protects investor as well as the company in an acceptable dimension.
>>
>> The meeting with Disney was better than expected: We decided to engage an investment banker whom we both know and trust from Moellis & Company ( not Goldman Sachs) and start the process of the M&A transaction. Key and basis of the evaluation will be the amount of video views more than revenue or reach. This is why it is now even more important that we launch as many channels as fast as we can and trigger the video views. Those come through the content which we need to make sure to able to provide and can provide as soon as we will have the funds available to inject into the system. THIS IS GOING TO BE BETTER THAN EXPECTED!
>>
>> More over the phone.
>>
>> We will meet tomorrow Warner all day to train their people how to use the system and for a final due diligence meeting  for the Warner Music Group deal.

1

Subject to Protective Order

FRITSCH_00018299

Exhibit 127

Page 1 of 2

If David Cohen is further interested in receiving information about the company, he needs to send the signed NDA.

I have a call with Tom English tomorrow at noon.

Let's chat in the AM.

Best,
Bernhard

**Bernhard Fritsch**



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

<01-26-15 - 1200 PM - Securities Purchase Ageement (1).pdf>

**Bernhard Fritsch**



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

2

Subject to Protective Order                                    FRITSCH_00018300

Exhibit 127
Page 2 of 2

**Raquel Melo**

From:       Danny Guy SCI
Sent:       Monday, February 02, 2015 10:04 PM
To:         Bernhard Fritsch
Subject:    Re: our call

Ok sounds good.

Sent from my iPhone

On Feb 2, 2015, at 10:52 PM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

> Hi Danny,
> just got out of the Maker meeting. Let's chat tomorrow: here are the subjects:
>
> 1) Let's forget the NHL players - they have no social media following.
> 2) Sabre got their funds sent
> 3) I am sitting with the Twitter banker this week
> 4) Access will be in LA this Thursday
> 5) Dubai is closing March 1
>
> Best
> Bernhard
>
>
> --
>
>
> Bernhard Fritsch



> o: 310.458.8822
> c: 323.300.4339
>
> e: bernhard@starclubltd.com
> w: www.starclubltd.com
>
> STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

FRITSCH_00018306

Exhibit 129
Page 1 of 1

Case 2:17-cr-00520-DSF    Document 552-1    Filed 09/30/25    Page 12 of 48    Page ID #:6698

Subject to Protective Order

FRITSCH_00019422

Exhibit 130
Page 1 of 1

## Raquel Melo

**From:** fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com>
**Sent:** Tuesday, February 10, 2015 3:29 PM
**To:** Danny
**Subject:** Re:

OK, very good. Found there both. One was even sent under a different name ... . - Thanks! All good on those two
Best
Bernhard

On Tue, Feb 10, 2015 at 12:10 PM, Danny Guy <danny@harringtongloballtd.com> wrote:
Check your trash folder. Email from Brian O'Hea. And email from Francis Scotland. They both said they sent them.

Sent from my iPhone

On Feb 10, 2015, at 4:09 PM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

> OK, thank you!
>
>
> On Tue, Feb 10, 2015 at 12:02 PM, Danny Guy <danny@harringtongloballtd.com> wrote:
> I will track them down
>
> Sent from my iPhone
>
> On Feb 10, 2015, at 3:40 PM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:
>
>> Hi Danny,
>> I received 2 wires at US$ 100k each but no sign subscription document from any one.
>> The 3rd wire and subscription from Mike Yaeger is still missing.
>> Thank you for checking into this!
>> Bernhard
>>
>> On Tue, Feb 10, 2015 at 11:29 AM, Danny Guy
>> <danny@harringtongloballtd.com> wrote:
>> Did you get the other subscriptions ?
>>
>> Sent from my iPhone
>>
>>
>>
>>
>> --
>>
>>
>> Bernhard Fritsch

1

FRITSCH_00019428

Subject to Protective Order

Exhibit 131
Page 1 of 2

**Raquel Melo**

| | |
|---|---|
| **From:** | fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com> |
| **Sent:** | Saturday, March 07, 2015 4:16 AM |
| **To:** | Danny |
| **Subject:** | Re: |

Hi Danny,
Here is a quick update:
Warner on its way to close
Now Universal wants same deal - very good.
Progress this coming week with Moelis/Disney,
Best
Bernhard

On Sat, Mar 7, 2015 at 2:02 AM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:
Let's connect Tuesday. I am in London now and traveling for most of the weekend.
Best
Bernhard

On Fri, Mar 6, 2015 at 10:30 PM, Danny Guy <danny@harringtongloballtd.com> wrote:
Anything new this week ?

Sent from my iPhone

Bernhard Fritsch

**starclub™**

o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

Exhibit 131
Page 2 of 2



**Bernhard Fritsch**

**starclub™**

o: 310.459.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

**CONFIDENTIALITY NOTICE**
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

Subject to Protective Order
#:6700

FRITSCH_00019429

**Raquel Melo**

| | |
|---|---|
| From: | fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com> |
| Sent: | Sunday, April 19, 2015 11:05 AM |
| To: | Danny |
| Subject: | Re: |

Left a vm for you and will try again after this meeting. Cheers!
B

On Sun, Apr 19, 2015 at 3:24 PM, Danny Guy <danny@harringtongloballtd.com> wrote:
Awesome!!!!!!

Sent from my iPhone

On Apr 19, 2015, at 9:58 AM, Bernhard Fritsch <bernhard@starclubltd.com> wrote:

:) Sorry!! -- Just had my phone and email off as I was in a meeting here with Jorg Mohaupt. US$ 200MM ++ per annum starting no later than Jan 2016.  Great brands from Pasha Club to Emirates Airlines to Lamborghini to Dubai Expo 2020. - 5 year deal. - Will give you a ring shortly

On Sun, Apr 19, 2015 at 1:32 PM, Danny Guy <danny@harringtongloballtd.com> wrote:
This is huge news!! Tell me the number! Don't leave me hanging

Sent from my iPhone

Bernhard Fritsch

**starclub™**

o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

Exhibit 133
Page 1 of 2



Bernhard Fritsch

**starclub™**

o: 310.458.8622
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

**CONFIDENTIALITY NOTICE**
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

2

Exhibit 133
Page 2 of 2

FRITSCH_00018658

## Raquel Melo

| | |
|---|---|
| From: | fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com> |
| Sent: | Thursday, December 10, 2015 3:15 PM |
| To: | Danny |
| Cc: | James Polsen; kim@starclubltd.com |
| Subject: | StarClub Cap Table |
| Attachments: | 12-08-15 - 900 AM - StarClub Cap Table (Fully Diluted).xlsx; 12-08-15 - 900 AM - Security Position - Harrington.xlsx; 12-08-15 - 900 AM - StarClub Securityholders - Danny Guy.xls |

Hi Danny,

Attached is the cap table post money of this round. I also had them to a break out of Harrington's position separately.
As you can see the fee of 200 units is in there as well and might end up with 800 shares. There is no name allocated to the fees. Please advise how you like us to allocate those 200 units.

Thank you!
Bernhard

**Bernhard Fritsch**
CEO

 starclub™

o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

FRITSCH_00019890



# StarClub Capitalization Table

### November 20, 2015

| | | |
|---|---|---|
| **Common Shares** | | |
| Issued and Outstanding Common Shares | 33,318,979 | 73.10% |
| **Sub-Total Common Shares** | **33,318,979** | **73.10%** |
| | | |
| **Other Securities** | | |
| Options | 6,404,333 | 14.05% |
| Warrants | 3,197,513 | 7.02% |
| Convertible Debt | 1,909,763 | 4.19% |
| Other Reserved Shares | 749,619 | 1.64% |
| **Sub-Total Other Securities** | **12,261,228** | **26.90%** |
| | | |
| Total | 45,580,207 | 100.00% |

FRITSCH_00019891



## Harrington Global Opportunities Fund SARL

November 20, 2015

| | | |
|---|---|---|
| **Common Shares** | | |
| Common Shares | 4,166,057 | 4,166,057 |
| **Sub-Total Common Shares** | **4,166,057** | **4,166,057** |
| | | |
| **Other Securities** | (1) | (2) |
| Warrants (Existing) | 593,557 | 593,557 |
| Warrants (Unit Offering) | 600,000 | 600,000 |
| Convertible Debt (Unit Offering) | 600,000 | 2,400,000 |
| **Sub-Total Other Securities** | **1,793,557** | **3,593,557** |
| | | |
| Total | 5,959,614 | 7,759,614 |

Note: (1) Debt converted at US$ 10.00 per common share
(2) Debt converted at US$ 2.50 per common share

## Securityholder Information for StarClub, Inc.

| Name of Common Shareholder | Subscription Date | Number of Shares | Subscription Price |
|---|---|---|---|
| Eight Seven Seven Inc. | 2-Jan-09 | 10,000 | $ 0.05 |
| Bernhard Fritsch | 2-Jan-09 | 2,000,000 | 0.10 |
| MVI Music Ventures, Inc. | 15-Feb-09 | 520,000 | 0.05 |
| Gamma Management Ltd. | 15-Feb-09 | 570,000 | 0.05 |
| James Polsen | 15-Feb-09 | 350,000 | 0.05 |
| Charles Sanders | 15-Feb-09 | 154,000 | 0.05 |
| Brad Cummings | 15-Feb-09 | 100,000 | 0.05 |
| Parness Ltd. | 15-Feb-09 | 150,000 | 0.05 |
| Michael Ravin | 27-Feb-09 | 150,000 | 0.10 |
| MMH Development LLC | 19-Jun-09 | 646,000 | 0.09 |
| US-Master Tec, Inc | 30-Jul-09 | 700,000 | 0.20 |
| Social Xpressions, Ltd. | 31-Jul-09 | 250,000 | 0.20 |
| BEF Enterprises, Inc. | 1-Aug-09 | 550,000 | 0.20 |
| GWM Geneva Wealth Management Ltd. | 1-Aug-09 | 550,000 | 0.20 |
| Malibu Media Investments & Management, Inc. | 1-Aug-09 | 550,000 | 0.20 |
| GMI General Music Industries, Inc. | 9-Dec-09 | 1,120,000 | 0.45 |
| Trident Financial Corporation | 10-Mar-10 | 800,000 | 0.88 |
| Andreas Neumann | 15-Apr-10 | 100,000 | 1.10 |
| Bel Air Advisors Ltd. | 21-May-10 | 415,000 | 1.20 |
| Til Tech Invest Ltd. | 21-May-10 | 415,000 | 1.20 |
| Continental Funding Corporation | 15-Dec-10 | 400,000 | 1.76 |
| Martin Korbmacher | 13-Apr-11 | 250,000 | 2.00 |
| Intrigue Media, Inc. | 11-Jul-11 | 50,000 | 2.00 |
| Oliver Drews | 8-Aug-11 | 125,000 | 2.00 |
| Foigneac Holdings Limited | 26-Oct-11 | 333,334 | 3.00 |
| Upbeat Entertainment, Ltd. | 4-Jan-12 | 1,310,000 | 3.00 |
| DMI Digital Music Industries, Ltd. | 9-Jan-12 | 1,500,000 | 3.00 |
| SC Interactive Networks, Ltd. | 16-Jan-12 | 1,450,000 | 3.00 |
| Sustainable Investments Limited | 20-Jan-12 | 1,578,947 | 4.75 |
| KDC, Inc. | 24-Jan-12 | 1,275,000 | 4.75 |
| ED Holdings, Ltd. | 31-Jan-12 | 1,650,000 | 4.75 |
| South America Invest, Ltd. | 10-Feb-12 | 1,425,000 | 4.75 |
| Sustainable Investments Limted | 16-Feb-12 | 947,369 | 4.75 |
| Perconsa Ltd. | 22-Feb-12 | 1,390,000 | 4.75 |
| Christian Oldendorff | 1-Jul-12 | 35,715 | 7.00 |
| Joe Simpson | 7-Aug-12 | 175,000 | 7.00 |
| John Costello | 7-Aug-12 | 100,600 | 7.00 |
| Diego Berdakin | 7-Aug-12 | 20,120 | 7.00 |
| Josh Berman | 7-Aug-12 | 20,120 | 7.00 |
| Sean Rubin | 7-Aug-12 | 20,120 | 7.00 |
| Michael Townsend | 7-Aug-12 | 20,120 | 7.00 |
| Ocean Capital, Inc. | 9-Jan-14 | 27,976 | 4.95 |
| The Garza Family Trust of August 11, 2003, as Amended | 28-Sep-12 | 33,334 | 7.50 |
| Paige Ware | 30-Aug-13 | 31,250 | 8.00 |
| Continental Funding Corporation | 27-Sep-13 | 93,750 | 8.00 |
| BHP International Markets Limited | 24-Jan-14 | 175,000 | 3.96 |
| Salida Strategic Growth Fund S.A.R.L. | 24-Jan-14 | 140,000 | 3.96 |
| Salida Strategic Growth Fund S.A.R.L. | 24-Jan-14 | 35,000 | 3.96 |

Subject to Protective Order

Exhibit 146
Page 4 of 12

FRITSCH_00019893

## Securityholder Information for StarClub, Inc.

| Name of Common Shareholder | Subscription Date | Number of Shares | Subscription Price |
|---|---|---|---|
| Trident Financial Corporation | 31-Jan-14 | 315,657 | 3.96 |
| Canaccord Genuity Corp. ITF Graham Saunders | 28-Feb-14 | 1,750 | 3.96 |
| Haywood Securities Inc. | 28-Feb-14 | 28,000 | 3.96 |
| Fidelity Clearing Canada ULC ITF Pollock Services Corp | 28-Feb-14 | 5,250 | 3.96 |
| Fidelity Clearing Canada ULC ITF Robert Pollock | 28-Feb-14 | 5,250 | 3.96 |
| Fidelity Clearing Canada ULC ITF Sherrie Ann Pollock | 28-Feb-14 | 10,500 | 3.96 |
| GMI General Music Industries, Inc. | 27-May-14 | 500,000 | 0.01 |
| Fidelity Clearing Canada ULC ITF Robert Pollock | 10-Jul-14 | 100,000 | 3.80 |
| Haywood Securities Inc. | 10-Jul-14 | 130,000 | 3.80 |
| NBCN, Inc ITC 4EZ046B | 10-Jul-14 | 2,783 | 3.80 |
| NBCN, Inc ITC 4EZ044F | 10-Jul-14 | 41,756 | 3.80 |
| NBCN, Inc ITC 4EZ050F | 10-Jul-14 | 20,877 | 3.80 |
| BHP International Markets Limited | 10-Jul-14 | 526,316 | 3.80 |
| Salida Strategic Growth Fund S.A.R.L. | 10-Jul-14 | 62,589 | 3.80 |
| Wade Capital Family Trust | 10-Jul-14 | 263,158 | 3.80 |
| Dorey Capital Family Trust | 10-Jul-14 | 263,158 | 3.80 |
| GMP Securities L.P. | 10-Jul-14 | 268,528 | 3.80 |
| Salida Strategic Growth Fund S.A.R.L. | 16-Dec-14 | 565,153 | 4.96 |
| Event Horizon Capital & Advisory GmbH | 26-Dec-14 | 84,856 | 3.50 |
| Salida Strategic Growth Fund S.A.R.L. | 23-Jan-15 | 1,052,323 | 2.66 |
| Fidelity Clearing Canada ULC ITF Pollock Services Corp | 23-Jan-15 | 31,246 | 2.66 |
| Fidelity Clearing Canada ULC ITF Robert Pollock | 23-Jan-15 | 31,246 | 2.66 |
| Fidelity Clearing Canada ULC ITF Sherrie Ann Pollock | 23-Jan-15 | 62,491 | 2.66 |
| Haywood Securities Inc. ITF Laura Bester | 23-Jan-15 | 124,981 | 2.66 |
| Trident Financial Corporation | 23-Jan-15 | 611,369 | 2.66 |
| Euro-Dutch Trust Company | 23-Jan-15 | 489,186 | 2.66 |
| Harrington Global Opportunities Fund S.A.R.L. | 30-Jan-15 | 823,530 | 8.50 |
| Clarrence AG | 30-Jan-15 | 235,294 | 8.50 |
| NBCN Inc, ITF Brian O'Hea 05FS1EF | 2-Feb-15 | 11,765 | 8.50 |
| Francis Scotland | 6-Feb-15 | 12,000 | 8.50 |
| Stephen Buckley | 20-Mar-15 | 11,765 | 8.50 |
| Harrington Global Opportunities Fund S.A.R.L. | 10-Jul-14 | 1,040,058 | 3.80 |
| Access Industry Partner | 23-Apr-15 | 58,824 | 8.50 |
| Jorg Mohaupt | 6-May-15 | 141,176 | 7.00 |
| Phillimore Investments Ltd. | 6-May-15 | 1,682 | 7.00 |
| Harrington Global Opportunities Fund S.A.R.L. | 6-May-15 | 42,150 | 3.80 |
| NBCN INC ITF 4EZ055F | 6-May-15 | 28,000 | 3.80 |
| Ulrich Seng | 8-May-15 | 42,692 | 0.10 |
| Paradigm Talent Agency LLC | 11-May-15 | 2,941 | 8.50 |
| Harrington Global Opportunities Fund S.A.R.L. | 13-May-15 | 42,313 | 3.80 |
| AM Only LLC | 18-May-15 | 2,941 | 8.50 |
| Haywood Securities Inc. ITF Tim Sorensen | 3-Jun-15 | 31,661 | 2.66 |
| Harrington Global Opportunities Fund S.A.R.L. | 3-Jun-15 | 10,000 | 2.66 |
| Harrington Global Opportunities Fund S.A.R.L | 30-Jan-15 | 352,941 | 5.95 |
| Clarrence AG | 30-Jan-15 | 100,841 | 5.95 |
| NBCN Inc, ITF Brian O'Hea 05FS1EF | 2-Feb-15 | 5,042 | 5.95 |
| Francis Scotland | 6-Feb-15 | 5,143 | 5.95 |
| Stephen Buckley | 10-Apr-15 | 5,042 | 5.95 |

FRITSCH_00019894

## Securityholder Information for StarClub, Inc.

| Name of Common Shareholder | Subscription Date | Number of Shares | Subscription Price |
|---|---|---|---|
| Total | | 33,318,979 | |

Subject to Protective Order

FRITSCH_00019895

Exhibit 146
Page 6 of 12

## Securityholder Information for StarClub, Inc.

| Name of Debenture/Convertible Securityholder | Number of Shares (upon Conversion) |
|---|---|
| BHP International Markets Limited (1) | 406,211 |
| Canaccord Genuity Corp. ITF Graham Saunders (1) | 3,552 |
| Harrington Global Opportunities Fund (2) | 600,000 |
| Clarrence AG (2) | 100,000 |
| GMI General Music Industries Ltd. (2) | 600,000 |
| TBD - Finders Fee for Unit Offering (2) | 200,000 |
| Total | 1,909,763 |

Note: (1) Includes conversion of interest earned up to 11/20/15 into common shares at the conversion rate
(2) Converts at US$ 10.00 for the first six months and US$ 2.50 thereafter

FRITSCH_00019896

## Securityholder Information for StarClub, Inc.

593,557

| Name of Warrantholder | Number of Warrants |
|---|---|
| Sabety & Associates PLLC | 70,000 |
| Haywood Securites, Inc. ITF Byron Capital Markets Ltd. | 88,384 |
| Haywood Securites, Inc. ITF Byron Capital Markets Ltd. | 6,629 |
| Primary Capital, Inc. | 6,187 |
| Fidelity Clearing Canada ULC ITF Robert Pollock | 50,000 |
| Haywood Securities Inc. | 65,000 |
| NBCN INC ITF 4EZ055F | 14,000 |
| NBCN, Inc ITC 4EZ046B | 1,392 |
| NBCN, Inc ITC 4EZ044F | 20,878 |
| NBCN, Inc ITC 4EZ050F | 10,439 |
| Harrington Global Opportunites Fund S.A.R.L. | 21,157 |
| BHP International Markets Limited | 263,158 |
| Harrington Global Opportunites Fund S.A.R.L. | 520,029 |
| Harrington Global Opportunites Fund S.A.R.L. | 21,076 |
| Salida Strategic Growth Fund S.A.R.L. | 31,295 |
| Wade Capital Family Trust | 131,579 |
| Dorey Capital Family Trust | 131,579 |
| GMP Securities L.P. | 134,264 |
| Salman Partners Inc. | 110,467 |
| Harrington Global Opportunites Fund S.A.R.L. (1) | 600,000 |
| Clarrence AG (1) | 100,000 |
| GMI General Music Industries Ltd. (1) | 600,000 |
| TBD - Finders Fee for Unit Offering | 200,000 |
| Total | 3,197,513 |

Note: (1) Converts at US$ 10.00 for the first six months, US$ 4.00 for the next two monhts, a

Subject to Protective Order

Exhibit 146

Page 8 of 12

FRITSCH_00019897

| Exercise Price | |
|---|---|
| $ 0.40 | |
| 3.96 | Assigned Warrant BW001 |
| 3.96 | Assigned Warrant BW002 |
| 3.96 | |
| 4.85 | |
| 4.85 | |
| 4.85 | Assigned Warrant W009 and W016 |
| 4.85 | |
| 4.85 | |
| 4.85 | |
| 4.85 | Assigned Warrant W007 and W019 |
| 4.85 | |
| 4.85 | Assigned Warrant W009 |
| 4.85 | Assigned Warrant W009 and W015 |
| 4.85 | |
| 4.85 | |
| 4.85 | |
| 4.85 | |
| 3.80 | |
| 10.00 | |
| 10.00 | |
| 10.00 | |
| 10.00 | |
| | |

nd US$ 2.50 thereafter

FRITSCH_00019898
Exhibit 146
Page 9 of 12

## Securityholder Information for StarClub, Inc.

| Name of Optiontholder | Grant Date | Number of Options | Exercise Price |
|---|---|---|---|
| James Polsen | 1-Jan-09 | 400,000 | $ 0.01 |
| MMH Development LLC | 1-Jan-09 | 410,000 | 0.01 |
| Andreas Neumann | 1-Jan-10 | 275,000 | 1.00 |
| Charles Sanders | 1-Jan-10 | 25,000 | 1.00 |
| Ben McAllister | 1-Jan-10 | 125,000 | 1.00 |
| Cicero Detweiler Living Trust | 1-Jan-10 | 25,000 | 1.00 |
| Enrique Iglesias | 10-Jan-12 | 300,000 | 3.00 |
| DH Enterprises, LLC | 9-Sep-12 | 200,000 | 3.00 |
| Gene Lesniak | 29-Oct-12 | 150,000 | 4.00 |
| Zach Lisabeth | 1-Jan-13 | 25,000 | 4.00 |
| Michael Felman | 3-Jan-13 | 21,000 | 7.50 |
| Ava Watkins | 4-Jan-13 | 7,000 | 7.50 |
| Corey Llewyllyn | 10-Jan-13 | 200,000 | 7.50 |
| CDD LLC | 19-Jan-13 | 200,000 | 7.50 |
| Gerardo Mejia | 29-Jan-13 | 25,000 | 7.50 |
| Caspar von Winterfeldt | 22-Feb-13 | 42,000 | 7.50 |
| Erwin Huvart | 11-Mar-13 | 7,000 | 8.00 |
| Jordan Schur | 2-May-13 | 233,333 | 4.00 |
| Ruben Mamann | 23-Sep-13 | 200,000 | 4.00 |
| Carl Stubner | 21-Oct-13 | 200,000 | 8.00 |
| BFD Creative Ventures LLC | 29-Jan-14 | 5,000 | 8.00 |
| Kathi Sharpe-Ross | 14-Feb-14 | 50,000 | 8.00 |
| Dionne Clarke | 3-Mar-14 | 25,000 | 4.00 |
| Kim Fredricks | 3-Mar-14 | 25,000 | 4.00 |
| Hazel Steward | 3-Mar-14 | 150,000 | 4.00 |
| Rodney Jerkins | 26-May-14 | 21,000 | 4.00 |
| Gerardo Mejia | 16-Jun-14 | 75,000 | 6.00 |
| Tyrese Gibson | 23-Jul-14 | 1,500,000 | 6.00 |
| Ayhan Turgador | 23-Jul-14 | 20,000 | 6.00 |
| Chris Bridges (Ludacris) | 24-Nov-14 | 100,000 | 8.50 |
| Tamara Downs | 1-Dec-14 | 20,000 | 4.00 |
| Kendu Isaacs | 22-Dec-14 | 21,000 | 8.50 |
| Matriarch Entertainment (Mary J. Blige) | 22-Dec-14 | 250,000 | 8.50 |
| Jeff Rose | 17-Feb-15 | 10,000 | 8.50 |
| Leah Cone | 25-Feb-15 | 150,000 | 8.50 |
| Leah Cone | 25-Feb-15 | 100,000 | 8.50 |
| William Scott | 24-Mar-15 | 7,000 | 8.50 |
| Aahmek Richards | 16-Apr-15 | 50,000 | 8.50 |
| Aahmek Richards | 16-Apr-15 | 100,000 | 8.50 |
| Charles Sanders | 1-May-15 | 250,000 | 8.50 |
| Kim Fredricks | 5-Jun-15 | 50,000 | 8.50 |
| Ken Friedman | 24-Jul-15 | 200,000 | 8.50 |
| Dan Johnson | | 80,000 | 4.00 |
| APA | | 10,000 | 8.50 |

Subject to Protective Order

Exhibit 146
Page 10 of 12

## Securityholder Information for StarClub, Inc.

| Name of Optionholder | Grant Date | Number of Options | Exercise Price |
|---|---|---|---|
| Total | | 6,404,333 | |

Subject to Protective Order
FRITSCH_00019900

Exhibit 146
Page 11 of 12

## Securityholder Information for StarClub, Inc.

| Name of Reserved Shareholder | Number of Shares |
|---|---|
| Ian Cunningham | 200,000 |
| Srinivas Boppana | 150,000 |
| James Singleton | 109,054 |
| Jean Sebastian Jacquelin | 6,250 |
| Rodney Jerkins | 166,667 |
| Rodney Jerkins | 117,648 |
| Total | 749,619 |

Subject to Protective Order

Exhibit 146
Page 12 of 12

FRITSCH_00019901

**Raquel Melo**

| | |
|---|---|
| From: | fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com> |
| Sent: | Saturday, January 16, 2016 8:30 PM |
| To: | Danny |
| Cc: | Kim Fredricks |
| Subject: | this coming week - preliminary schedule |

Hi Danny,

Safe travels tomorrow, I am looking forward to have you here this coming week!!

We can pin down the following times at SC:
Monday: with you and Ian Man: Company walk-through from 2PM on to 6 PM.
Thursday: 11AM to 3 PM, same.
You and I can schedule time together at convenient times in-between.

Very best
Bernhard


Bernhard Fritsch
CEO

 starclub™

o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

CONFIDENTIALITY NOTICE
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

1

## Jamal Johnson

| | |
|---|---|
| **From:** | fritschbox@gmail.com on behalf of Bernhard Fritsch <bernhard@starclubltd.com> |
| **Sent:** | Monday, April 25, 2016 11:29 PM |
| **To:** | Danny Guy |
| **Subject:** | confidential attached |
| **Attachments:** | Spotify-4-25-16-450PM .pdf |

Hi Danny,

Please find attached the outline of the integration plan between StarClub and Spotify. This is for your eyes only of course ... and not even for internal or external distribution.

The deal is going towards the US$ 450Million plus an earn-out procedure where we can pick up another $300- $500 Million. The figures are vetted by the investment bankers and some who are close to the Spotify regime.

Let's zoom in to meet tomorrow, Tuesday, around 5 PM at the Waldorf Astoria if this is OK for you? - Also, please check your calendar if we could meet again here in NY in a week from now: May 3 or 4. Things are heating up.

Good night!
Bernhard

**Bernhard Fritsch**

CEO



o: 310.458.8822
c: 323.300.4339

e: bernhard@starclubltd.com
w: www.starclubltd.com

STARCLUB INC. | 228 S Monica Blvd. | Santa Monica | CA 90401

**CONFIDENTIALITY NOTICE**
This e-mail transmission may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended receipt. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify sender immediately by reply e-mail. Kindly destroy the original transmission and its attachments without reading or saving any of them. Thank you.

Confidential Information -
Subject to Protective Order

FRITSCH_00050037

Exhibit 171
1 of 19

FRITSCH_00050045

Confidential Information -
Subject to Protective Order
Exhibit 171
2 of 19





# Spotify® / StarClub®

**Spotify** Video Destination powered by artist outreach.



The **Spotify®** Syndicator app connects artists with fans across the world and allows brands to serve ads.

Confidential Information -
Subject to Protective Order
Exhibit 171
3 of 19

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 32 of 48   Page ID #:6718

FRITSCH_00050046

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 33 of 48   Page ID #:6719

![starclub logo] **Spotify®/StarSite® Ecosystem**

Confidential Information -
Subject to Protective Order

FRITSCH_00050047

Exhibit 171
4 of 19

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 34 of 48   Page ID #:6720

Confidential Information -
Subject to Protective Order

FRITSCH_00050048

Exhibit 171
5 of 19



**Spotify®** artists pair their social media accounts to the new app and grant permission to post and access insights analytics.

The **Spotify Pro** app uses social media APIs and pulls data agnostically across all networks.

Confidential Information -
Subject to Protective Order
Exhibit 171
6 of 19

FRITSCH_00050049

# starclub

## Spotify Branded StarSite® Syndicator







Artists can capture, curate or upload media, syndicate to social media
to drive traffic to their channel and view stats/ad revenue earnings.

Confidential Information -
Subject to Protective Order

Exhibit 171
7 of 19

FRITSCH_00050050



The **Spotify** Video Destination's CMS provides artists with content publishing/management, stats and earning reports.

Confidential Information -
Subject to Protective Order
Exhibit 171
8 of 19

FRITSCH_00050051

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 37 of 48   Page ID #:6723

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 38 of 48   Page ID #:6724

# Spotify® Branded
## StarSite® Video Destination

Individual Artist Channels and aggregated Hub of all content.

Confidential Information -
Subject to Protective Order
Exhibit 171
9 of 19

FRITSCH_00050052

starclub



An artist's channel on the **Spotify®** Video Destination is the place where fans arrive from social media networks. They can like, comment and share, as well as browse other videos from the platform

Confidential Information -
Subject to Protective Order

Exhibit 171
10 of 19

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 39 of 48   Page ID #:6725

FRITSCH_00050053

![starclub logo]

# Spotify® Video Hub

The **Spotify®** Video Destination hosts music videos and other music related and/or social media content from all artists in one place.

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 40 of 48   Page ID #:6726

FRITSCH_00050054

Case 2:17-cr-00520-DSF    Document 552-1    Filed 09/30/25    Page 41 of 48    Page ID #:6727

# starclub

# Spotify® Video Destination App







The **Spotify®** Video Destination mobile app hosts music videos and other music related and/or social media content from all artists in one place.

FRITSCH_00050055

# StarSite® Audience Data

Case 2:17-cr-00520-DSF    Document 552-1    Filed 09/30/25    Page 42 of 48    Page ID #:6728

Confidential Information -
Subject to Protective Order

FRITSCH_00050056

Exhibit 171
13 of 19

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 43 of 48   Page ID #:6729

# StarSite® Influencer Impressions

*starclub*

— Available Social Media Impressions

Based on 15 posts/mo/influencer

| | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Impressions | 175M | 177M | 222M | 225M | 252M | 268M | 285M | 289M | 335M | 340M | 343M | 347M | 350M | 363M | 520M |
| # influencers | 2 | 2 | 2 | 3 | 21 | 34 | 42 | 46 | 59 | 60 | 60 | 60 | 60 | 85 | 115 |

Confidential Information -
Subject to Protective Order
Exhibit 171
14 of 19

FRITSCH_00050057

Case 2:17-cr-00520-DSF    Document 552-1    Filed 09/30/25    Page 44 of 48    Page ID #:6730

**Spotify Branded StarSite® Syndicator (web)**

# StarSite® Financials

Confidential Information -
Subject to Protective Order
Exhibit 171
15 of 19

FRITSCH_00050058



# Historical & Forecast Results

| | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Sales and other Revenue | $15,515,509 | $47,583,326 | $118,321,568 | $260,789,523 |
| **Total Revenue** | **$15,515,509** | **$47,583,326** | **$118,321,568** | **$260,789,523** |
| **Expenses** | | | | |
| Cost of Goods Sold | 3,162,813 | 11,895,832 | 29,580,392 | 65,197,381 |
| **Gross Profit** | **$12,352,697** | **$35,687,495** | **$88,741,176** | **$195,592,142** |
| Selling, General and Administrative Expenses | 9,499,729 | 12,936,429 | 16,354,231 | 23,471,057 |
| **Operating Profit** | **$2,852,968** | **$22,751,066** | **$72,386,945** | **$172,121,085** |
| Other Income / (Expense) | (1,485,997) | (1,523,675) | (1,750,000) | (2,000,000) |
| **Net Profit before Talent Partner Distributions** | **$1,366,971** | **$21,227,391** | **$70,636,945** | **$170,121,085** |
| Talent Partner Distributions | 6,739,012 | 10,587,290 | 26,326,549 | 58,025,669 |
| **Net Profit after Talent Partner Distributions** | **-$5,372,041** | **$10,640,100** | **$44,310,396** | **$112,095,416** |

Confidential Information -
Subject to Protective Order

Exhibit 171
16 of 19

FRITSCH_00050059

# Very Significant Revenue Synergies

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 46 of 48   Page ID #:6732

· Very significant incremental Spotify revenue through synergies

· Potentially worth over a billion dollars to Spotify shareholders

· A portion of this incremental value generated for Spotify to be captured through the earn-out structure – but only if and when it materializes

|  | 2016 (Half Year) | 2017 | 2018 |
|---|---|---|---|
| Number of New Paying Subscriptions (Net) | 500,000 | 1,500,000 | 2,250,000 |
| Annual Subscription Amount | $ 120 | $ 120 | $ 120 |
| **Additional Subscription Revenue Synergy** | **$ 59,940,000** | **$ 179,820,000** | **$ 269,730,000** |
| Additional Views | 250,000,000 | 1,000,000,000 | 2,000,000,000 |
| CPM Rate (Net) | $ 10 | $ 10 | $ 10 |
| **Additional Advertising Revenue Synergy** | **$ 2,500,000** | **$ 10,000,000** | **$ 20,000,000** |
| **Total Synergistic Revenue** | **$ 62,440,000** | **$ 189,820,000** | **$ 289,730,000** |
| **Value @ 5x Revenue (Illustrative)*** | **$ 624,400,000** | **$ 949,100,000** | **$ 1,448,650,000** |

*\* 2016 Revenue Synergies valued based on run-rate figure*

FRITSCH_00050060

- Further value to Spotify from litigation and settlement cost savings

- 100% to accrue to Spotify (i.e. outside the earn-out)

- Potential to recover a significant portion of the StarClub acquisition cost through this synergy alone

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| **LITIGATION AND SETTLEMENT COSTS** |  |  |  |
| Number of Lawsuits Filed | 2 | 2 | - |
| Litigation and Settlement Exposure per Lawsuit | $150,000,000 | $150,000,000 | $- |
| Total Potential Litigation and Settlement Exposure | $300,000,000 | $300,000,000 | $- |
| Potential Litigation and Settlement Savings | $- | $300,000,000 | $- |

Confidential Information -
Subject to Protective Order
Exhibit 171
18 of 19

FRITSCH_00050061

Case 2:17-cr-00520-DSF   Document 552-1   Filed 09/30/25   Page 48 of 48   Page ID #:6734

# Valuation

- Standalone valuation today of $450M is supported by standalone Business Plan forecasts at less than 4x 2017 Revenues and less than 2x 2018 Revenues

- Valuation assumes StarClub shareholders are not cashed out 100% on day one but receive a portion (up to 2/3) of consideration in Spotify Shares*

- Significant synergy potential to be reflected through additional earn-out structure

| StarClub Standalone Valuation | $ 450,000,000 | | |
|---|---|---|---|
| | **2016** | **2017** | **2018** |
| Standalone Revenue | $ 47,583,326 | $ 118,321,568 | $ 260,789,523 |
| *Implied Revenue Multiple - Standalone* | *9.5x* | *3.8x* | *1.7x* |
| Revenue including 50% Synergies | $ 110,023,326 | $ 213,231,568 | $ 405,654,523 |
| *Implied Revenue Multiple @ 50% Synergies* | *4.1x* | *2.1x* | *1.1x* |
| Revenue including 100% Synergies | $ 172,463,326 | $ 308,141,568 | $ 550,519,523 |
| *Implied Revenue Multiple @ 100% Synergies* | *2.6x* | *1.5x* | *0.8x* |

*Note: 2016 Revenue Synergies included at run-rate*

FRITSCH_00050062