BILAL A. ESSAYLI, Acting United States Attorney
JOSEPH T. MCNALLY, AUSA, Acting Chf. Crim. Div.
MONICA E. TAIT, AUSA (CBN 157311)
312 North Spring Street, 11th Fl, Los Angeles 90012
(213) 894-2931; monica.tait@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>BERNHARD EUGEN FRITSCH,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 17-520 DSF<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1.Ex Parte Application (Unopposed) For Order Sealing Victim Filing
2. Proposed order sealing victim documents
3. SEALED VOLUME OF UNREDACTED VICTIM EXHIBITS AND INFORMATION (SENTENCING EXHIBITS A THROUGH K)

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

9/20/2025
_____
Date

/S/ MONICA E. TAIT
_____
Attorney Name
 UNITED STATE OF AMERICA
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                         NOTICE OF MANUAL FILING OR LODGING