# TrialEx 80 (Excerpt)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


----------------------------

UNITED STATES OF AMERICA,   )

                 Plaintiff,   )

v.                          )   No. CR 17-520-DSF

BERNHARD EUGEN FRITSCH,      )

                 Defendant.  )

                             )

----------------------------

*GOVT - yellow*
*DEFT -green*
*BOTH-blue/purple*

DEPOSITION UPON ORAL EXAMINATION

of

MR. JORG MOHAUPT

on

Tuesday, 30th April 2024

Commencing at 9.00 a.m.


Taken at:

Amsterdam District Court

Parnassusweg 280, 1076 AV Amsterdam

Netherlands

Exhibit 80
1 of 258

Q.          So turning to page 36 of the Exhibit 8 are the wiring instructions for StarClub Inc. in Santa Monica.  Correct?

A.    Yes.

Q.    And turning to page 1 of Exhibit 8, what is this document?

A.    This is an email from Bernhard Fritsch to Jorg Mohaupt, copies Bernhard Fritsch and Kim at StarClub.  Attachments, it has the two Purchase Agreements, I guess, yes, from what I can see.

Q.    And could you read the email?

A.    "Good morning, Jorg.  Please find attached the 2 purchase agreements for the total of 200,000 shares of StarClub Inc.'s common stock.  See you at 11.00 am at your office.  Best, Bernhard".

Exhibit 80
80 of 258

Q.   Do you have any reason to think that you received those wiring instructions from anyone other than Mr. Fritsch?

A.   I don't, to be honest, no.

MS. TAIT:  Okay.  I offer Exhibit 8.

MR. THREATT:  No objection.

BY MS. TAIT:

Q.   Okay.  So with respect to the primary shares you purchased --

A.   Uh-huh.

Q.   -- what was your understanding of how your funds were going to be used?

A.   My understanding was this was going to be used to further develop the business and for general and working capital purposes.

Q.   Do you know what

Exhibit 80
81 of 258

Page 82

an advisory board is for a corporation?

A.   I have seen advisory boards before.  They're not a formal construct in corporate law so it's not a Board of Directors but an advisory board is usually where you put some important people that can help your company and that give your company more cachet.  That is generally what an advisory board is for or scientists in a biotech company might be on an advisory board.

Q.   Okay.  And did Mr. Fritsch offer you an advisory board position on StarClub, at StarClub?

A.   I believe he has.  Yes, he did.

Q.   And did you accept it?

A.   I never did.

Q.   Is there a reason why not?

A.   I am not the product so I don't want to be used as an endorsement for anything.

Exhibit 80
82 of 258