BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:    monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE THAT DEFENDANT'S LAST KNOWN LOCATION IS MUNICH, GERMANY; DECLARATION |
| v. | |
| BERNHARD EUGEN FRITSCH, | Sentencing date: October 20, 2025 |
| Defendant. | Time: 8:00 a.m. Before the Honorable Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, hereby notifies the Court and Defense Counsel that records indicate that the last known location for defendant BERNHARD EUGEN FRITSCH is Munich, Germany.  See attached Declaration.

The government requests that the Court sentence defendant as scheduled, in absentia if he does not return in time for the

sentencing hearing, and make the finding that defendant has fled the United States and is voluntarily absent for sentencing.

Dated: October 15, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


              /s/
_____
MONICA E. TAIT
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

2

DECLARATION OF KRISTI HAMADA

I, KRISTI HAMADA, declare as follows:

1.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI").  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    I am one of the case agents in the matter United States v. Bernhard Eugen Fritsch, CR 17-520-DSF.

3.    Based on my training and experience, I know that FBI special agents are able to access certain data from the Department of Homeland Security, Advance Passenger Information System (APIS), which includes passenger information for commercial flights.  On October 15, 2025, I used tools available to me to search data from this system, and learned that these records indicate that Bernhard Eugen Fritsch used passport number X0961855 to take Lufthansa flight 521 from Mexico City, Mexico to Munich, Germany on October 6, 2025, with the flight arriving on October 7, 2025.  The information indicated that the passport number had an expiration date of November 5, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 15, 2025.

_____
KRISTI HAMADA