BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:    monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER PERMITTING SEALED FILING OF AMENDED SENTEX K REGARDING RESTITUTION; DECLARATION IN SUPPORT |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | Restitution hearing: Date: November 3, 2025 Time: 8:30 a.m. Place: Courtroom 7D, before the Hon. Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, hereby files its unopposed Ex Parte Application for an order permitting sealed filing of unredacted Amended SentEx K, adding a column regarding restitution.  Based on an October 24, 2025 email

from defense counsel Jimmy Threatt, this Application is not opposed.

Dated: October 24, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

          /s/
MONICA E. TAIT
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

### DECLARATION OF MONICA E. TAIT

I, Monica E. Tait, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California.  In that capacity, I have been assigned, along with others, the responsibility of representing the United States in United States v. Bernhard Eugen Fritsch, CR 17-520-DSF.  I make this declaration in support of the government's ex parte application for a sealed filing in connection with restitution to victims.  I have knowledge of the facts set forth herein, except as otherwise indicated, and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    The government seeks leave to file its Amended SentEx K under seal.  Sealing is necessary to protect the privacy of victims, because these documents identify victims by name.  Sealing these statements to protect victims' identities from the public, but disclose them to the Court and defense counsel, is consistent with the Crime Victims' Rights Act, which directs the Court and the government to accord victims "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy."  18 U.S.C. § 3771(a)(8).

3.    For the foregoing reasons, the government respectfully requests that it be permitted to file the indicated volume under

//

3

seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 24, 2025.

/S/ Monica E. Tait

MONICA E. TAIT