UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )   NO. CR 17-520 DSF
                                   )
BERNHARD EUGENE FRITSCH,           )
                                   )
                    Defendant.     )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, September 11, 2017, 8:38 A.M.

Status Conference

PAT CUNEO CSR 1600, CRR-CM
Official Reporter
First Street Courthouse
350 W. First Street
Los Angeles, CA 90012

APPEARANCES:


FOR THE PLAINTIFF:
                    SANDRA R. BROWN,
                    ACTING UNITED STATES ATTORNEY
                    BY:  KAREN ESCALANTE,
                         YASIN MOHAMMAD,
                         ASSISTANT UNITED STATES ATTORNEYS
                    United States Courthouse
                    312 N. Spring Street
                    Los Angeles, California 90012



FOR THE DEFENDANT:
                    WERKSMAN JACKSON HATHAWAY & QUINN
                    BY:  MARK J. WERKSMAN, ATTORNEY AT LAW
                    888 West Sixth Street
                    4th Floor
                    Los Angeles, California 90017
                    213-688-0460
                    mwerksman@werksmanjackson.com

LOS ANGELES, CA; MONDAY, SEPTEMBER 11, 2017; 8:38 A.M.

-oOo-

THE CLERK:  Calling Item No. 4, CR 13-9671, USA vs. Blane Dahme.

THE COURT:  Did we skip 3 on purpose?

THE CLERK:  Oh, I'm sorry, Your Honor.  I'll go back to that one.

Calling Item No. 3, CR 17-520, USA vs. Bernhard Eugene Fritsch.

MR. WERKSMAN:  Good morning, Your Honor.

MS. ESCALANTE:  Good morning, Your Honor. Karen Escalante on behalf of the United States.  With me at counsel table is Yasin Mohammad also from the U.S. Attorney's Office.

MR. MOHAMMAD:  Good morning, Your Honor.

MR. WERKSMAN:  Good morning, Your Honor.  My client is not here yet.  He's in custody.  Mark Werksman on behalf of Mr. Fritsch.

THE COURT:  Good morning.

(Pause in the proceedings.)

(The defendant entered the courtroom.)

THE COURT:  All right.  Mr. Fritsch is present.

What do I need to know about the case, Ms. Escalante?

MS. ESCALANTE:  Yes, Your Honor.  There's

currently a trial date of October 17th.  The government has produced over 20,000 pages of discovery at this point. The government executed a business search warrant on August 2nd and at that same time it arrested Mr. Fritsch pursuant to a Complaint.

The government, about 14 days thereafter, indicted Mr. Fritsch on wire fraud and money laundering charges and included two asset forfeit allegations in the Indictment.

On August 2nd, the government also seized a number of digital devices.  Those devices, I believe about 14 digital devices, those devices are in the process of being imaged and about ten have completed imaging with several gigabytes of data.

As soon as they are done being imaged, the government will provide forensic copies of those devices to defense counsel so he has them to prepare.

THE COURT:  Mr. Werksman.

MR. WERKSMAN:  Good morning, Your Honor. I learned just recently that my client has determined that he'd like to hire a new and different counsel.

THE COURT:  Okay.

MR. WERKSMAN:  And so, Your Honor, in accordance with his wishes, I'm going to respectfully request that we

put over this status conference for two weeks to give him that opportunity.

And because we have an October 17th trial date and I think that new counsel, or if I remain counsel, should have an opportunity to address that trial date as soon as this decision has been made, perhaps we could briefly continue the trial and just basically put matters over for a short period so that the issue of who will represent Mr. Fritsch can be determined.

THE COURT:  Do you have a proposed date?

MR. WERKSMAN:  Well, my proposal would be that we have another status conference on the 25th of this month, Your Honor.  By then, new counsel will have either substituted in and stipulated to a realistic trial date with government counsel or we can come back and address it then. In the meanwhile, though, if we're going to continue the trial date, just because we have this trial date in five weeks, perhaps only a 30-day continuance at this time, Your Honor.

THE COURT:  30 days from October 17, you mean?

(Counsel and his client confer.)

MR. WERKSMAN:  I'm sorry, Your Honor.

Yes, we're ready to proceed.

THE COURT:  30 days from October 17, is that your request?

MR. WERKSMAN:  Yes, Your Honor.

THE COURT:  Looks like November 21, then.

MR. WERKSMAN:  Well, that's the Tuesday before Thanksgiving, Your Honor.  Perhaps, realistically, that date ought to be the 28th, if that's agreeable with the Court and counsel.

MS. ESCALANTE:  Yes, Your Honor.  Either the 21st or the 28th would be agreeable for the government.

THE COURT:  All right.  Mr. Fritsch, you have a right to go to trial within 70 days of the date of the filing of the Information or Indictment or of making it public or from the date you appeared before a judicial officer, whichever first occurred.

And apparently you want to consider hiring another lawyer; and based on the discussion about discovery, it appears likely that either one of those lawyers would need additional time to get ready, but that's up to you.

Counsel has asked to continue your trial until November 28, at least at this point.  Is that all right with you?

THE DEFENDANT:  Yeah, that's all right.

THE COURT:  All right.  The Court finds that the ends of the justice served by continuing the trial to November 28 outweigh the best interests of the public and the defendant in a speedy trial.

Failure to grant a continuance would likely result in a miscarriage of justice because we don't even know who will be representing Mr. Fritsch at the moment and it appears there's quite a lot of discovery to be provided to one counsel or the other, so I'm going to continue the trial to November 28, and we'll set a status conference for September 25.

MR. WERKSMAN: Okay. Thank you, Your Honor.

THE COURT: You're welcome.

MS. ESCALANTE: Thank you, Your Honor.

MR. MOHAMMAD: Thank you, Your Honor.

(At 8:44 a.m. proceedings were concluded.)

-oOo-

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter reported by former official court reporter Pat Cuneo and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: December 8, 2025

/s/ Cindy L. Nirenberg, CSR No. 5059, FCRR