Name and address:

Vincent D. Louwagie (MN #194335)
Anthony Ostlund Louwagie Dressen & Boylan P.A.
60 South Sixth Street, Suite 3900
Minneapolis, MN 55402

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), | 17-CR-00520-DSF |
| v. | |
| BERNHARD EUGEN FRITSCH | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Vincent D. Louwagie
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Anthony Ostlund Louwagie Dressen & Boylan P.A.
_____
*Firm/Agency Name*

| 60 South Sixth Street, Suite 3900 | (612) 349-6969 | (612) 349-6996 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |

| Minneapolis, MN 55402 | vlouwagie@anthonyostlund.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| Marc Montgomery | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ■ *Other:* Surety |
|---|---|
| Teresa P. Montgomery | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ■ *Other:* Surety |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Minnesota-all state courts | 10/28/88 | Yes |
| U.S. District Court, District of MN | 12/1/88 | Yes |
| U.S. Court of Appeals 8th Circuit | 5/11/93 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/21/26

Vincent D. Louwagie
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

. McClaren, Anthony

*Designee's Name (Last Name, First Name & Middle Initial)*

Ronald P. Slates, P.C.

*Firm/Agency Name*

500 S. Grand Ave., Suite 2010

213-624-1515                213-624-7536

*Telephone Number*                *Fax Number*

amcclaren@rslates.com

*Street Address*

Los Angeles, CA 90071

*Email Address*

SBN 232515

*City, State, Zip Code*

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated    6/12/2026

Anthony K. McClaren

*Designee's Name (please type or print)*

/s/ Anthony K. McClaren

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Courts Admitted (cont'd):

U.S. Tax Court, admitted 6/6/1989, currently active and in good standing
U.S. Court of Appeals 9th Circuit, admitted 1/10/2020, currently active and in good standing
U.S. Court of Appeals 11th Circuit, admitted 5/18/2001, currently active and in good standing

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

VINCENT D LOUWAGIE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 1988

Given under my hand and seal of this court on

May 19, 2026

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via electronic service for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

<u>/s/ SANDY CANNAVAN</u>
SANDY CANNAVAN

PLEADING TITLE - 1

**SERVICE LIST**

**VIA NOTICE OF ELECTRONIC FILING**:

US Attorney's Office USACAC.Criminal@usdoj.gov, CaseView.ECF@usdoj.gov

Brent A. Whittlesey brent. whittlesey@usdoj.gov, Case View.ECF@usdoj.gov,

USACAC.Civil@usdoj.gov,

USACAC.Criminal@usdoj.gov

Gary Paul Burcham garypburcham@gmail.com

Hunter Haney hunter_ haney@fd.org

James S. Threatt jimmy_threatt@fd.org

Jonathan Galatzan jonathan.galatzan@usdoj.gov, Case View.ECF@usdoj.gov,

helen.wu@usdoj.gov,

USACAC.Criminal@usdoj.gov

Monica E. Tait monica.tait@usdoj .gov, CaseView.ECF@usdoj.gov,

USACAC.Criminal@usdoj.gov

Rebecca M. Abel rebecca abel@fd.org


**VIA ELECTRONIC SERVICE**:

Monica E. Tait, Assistant U.S. Attorney
1100 United States Courthouse
312 North Spring St.
Los Angeles, CA 90012
Monica.tait@usdoj.gov

PLEADING TITLE - 2