UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-00520 DSF | Date | June 15, 2026 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | N/A |
|---|---|

| Patricia Kim | Amy Diaz | Robert I. Lester |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Bernhard Eugen Fritsch | NOT | | N/A | | NOT | | |

**Proceedings:**   MOTION HEARING (Held and Completed)

GOVERNMENT'S MOTION FOR ADJUDICATION OF BOND OBLIGATION [636]

The matter is called and counsel state their appearances. Also present are Vincent D. Louwagie and Forrest Zimmerman for sureties Mark and Theresa Montgomery. Counsel for defendant are not present.

Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.

The matter is taken under submission; a written order will follow.