TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Acting Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2931
      Facsimile: (213) 894-6269
      E-mail:    monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-00520-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING REVISED PROPOSED JUDGMENT RE BAIL BOND FORFEITURE |
| v. | |
| BERNHARD EUGEN FRITSCH, | |
| Defendant. | |

     Plaintiff United States of America, by and through its undersigned counsel, hereby lodges for consideration by the Court a Revised Proposed judgment relating to its motion for bail bond forfeiture ("Motion," Docket no. 636).

     The Revised Proposed judgment (a) corrects a mathematical error in the prior proposed judgment, and conforms it to the correct bond amount for defendant FRITSCH as reflected in the Motion at 5, and the bond at docket number 166, and (b) reflects changes to the status of

the Montgomery sureties reported by AUSA Robert Lester to the Court at the hearing on the Motion.

Dated: June 22, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        JENNIFER L. WAIER
                                        Chief Assistant United States
                                        Attorney &
                                        Acting Chief, Criminal Division


                                        _____/s/_____
                                        MONICA E. TAIT
                                        Assistant United States Attorney

                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

2