# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BERNHARD EUGEN FRITSCH,<br>Defendant. | 2:17-cr-00520-DSF<br><br>JUDGMENT for Plaintiff United States on Bail Bond Forfeiture with Respect to Defendant and His Sureties |

The Court having granted the government's Motion for Summary Adjudication of Obligation with Respect to Defendant Bernhard Eugen Fritsch and His Sureties, dkt. 636,

IT IS ORDERED AND ADJUDGED that Defendant is liable to the United States for the amount of the forfeited bail, $7,439,129.07, together with interest and costs. Of that amount, surety David Stocker Fritsch (David Stocker) is jointly and severally liable with Defendant in the amount of $100,000.00, plus interest and costs. Defendant's liability on this judgment shall be reduced by the amount Marc and Teresa Montgomery pay to the United States on the bond at issue.

Date: July 6, 2026

_____
Dale S. Fischer
United States District Judge