Name and address:
Clark Hill PLLC
Crane M. Pomerantz (NV SBN 14103)
1700 S. Pavilion Center Dr. Ste. 500
Las Vegas, NV 89135

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States,

                                          Plaintiff(s)

v.

Bernhard Eugen Fritsch

                                          Defendant(s).

CASE NUMBER

2:17-CR-00520-DSF

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pomerantz, Crane M.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

702-862-8300                    702-778-9709

*Telephone Number*         *Fax Number*

cpomerantz@clarkhill.com

*E-Mail Address*

Clark Hill PLLC
1700 S. Pavilion Center Dr. Ste. 500
Las Vegas, NV 89135

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Stocker

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Surety

**and designating as Local Counsel**

Brinson, Katie J.                                      of

*Designee's Name (Last Name, First Name & Middle Initial)*

266091          213-891-9100          213-488-1178

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kbrinson@clarkhill.com

*E-Mail Address*

Clark Hill LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

  ☐ for failure to complete Application: _____

  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant
     is regularly employed or engaged in business, professional, or other similar activities in California.

  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**